UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO, Ph.D., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 5:22-CV-00285 |
| ST. JOSEPH'S UNIVERSITY, HADASSAH COLBERT, KIERNAN LOUE, LYNLY CARMAN, DR. SUSAN LIEBELL, KARLEIGH LOPEZ, ERIN FAHEY | : |
| Defendants. | : |

## STIPULATION FOR AN EXTENSION OF TIME

It is hereby stipulated and agreed among Defendant Hadassah Colbert, Defendant Kiernan Loue, Defendant Karleigh Lopez, and Plaintiff Gregory V. Manco, Ph.D. ("Plaintiff"), through their duly authorized counsel, that Defendants Colbert, Loue, and Lopez shall have an extension of time through April 18, 2022 to answer, move, or otherwise plead in response to Plaintiff's complaint. This is the first stipulation of extension of time; no prior extension has been granted.

[SIGNATURES CONTAINED ON THE FOLLOWING PAGE]

Respectfully submitted,

| | |
|---|---|
| **FISHER & PHILLIPS LLP** | **ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER & TODDY, P.C.** |
| /s/ Deniz Uzel Reilly | /s/ Zachary A. Silverstein |
| Deniz Uzel Reilly, Esquire | Zachary A. Silverstein, Esquire |
| Two Logan Square | 2005 Market Street |
| 12th Floor | 16th Floor |
| 100 N. 18th Street | Philadelphia, PA 19103 |
| Philadelphia, Pennsylvania 19103 | zsilverstein@zarwin.com |
| dreilly@fisherphillips.com | |
| | *Attorney for Plaintiff* |
| *Attorney for Defendants* | *Gregory V. Manco, Ph.D.* |
| *Hadassah Colbert, Kiernan Loue, Karleigh Lopez, and Erin Fahey* | |

**SO ORDERED AND APPROVED:**

_[signature]_

**JEFFREY L. SCHMEHL**
**UNITED STATES DISTRICT JUDGE**

Date: FEB. 17, 2022