**ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER, TODDY, P.C.**
By: Zachary A. Silverstein, Esquire
Attorney ID#: 316491
2005 Market Street, 16th Floor
Philadelphia, PA 19103
Phone: 215-569-2800
Fax: 267-765-9679

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gregory V. Manco, Ph.D., <br>                              Plaintiffs, <br> v. <br> St. Joseph's University, Hadassah Colbert, Keirnan Loue, Lynly Carman, Dr. Susan Liebell, Karleigh Lopez, and Erin Fahey <br>                              Defendants. | Docket No. 22-cv-00285-JLS <br><br> JURY TRIAL DEMANDED |

### WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of Plaintiff, Gregory Manco, Ph.D in the above matter.

                               Respectfully submitted,

                               */s/ Zachary A. Silverstein*
                               By: Zachary A. Silverstein, Esquire
                               Counsel for Plaintiff, Gregory V. Manco, Ph.D.

Dated: March 21, 2022