**ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER, TODDY, P.C.**
By: Michael S. Misher, Esquire
msmisher@zarwin.com
Attorney ID#: 77512
By: Scott Zlotnick, Esquire
Attorney ID#: 327425
szlotnick@zarwin.com
2005 Market Street, 16th Floor
Philadelphia, PA 19103
Phone: 215-569-2800
Fax: 267-765-9690

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gregory V. Manco, Ph.D., <br>          Plaintiffs, <br> v. <br> St. Joseph's University, Hadassah Colbert, Keirnan Loue, Lynly Carman, Dr. Susan Liebell, Karleigh Lopez, and Erin Fahey <br>          Defendants. | Docket No. 22-cv-00285-JLS <br><br> JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

**TO THE CLERK:**

   Kindly enter the appearance of Michael S. Misher, Esq. and Scott Zlotnick, Esq. as co-counsels for Plaintiff, Gregory V. Manco, Ph.D.

                Respectfully submitted,

                */s/ Michael S. Misher*
                By: Michael S. Misher, Esquire
                Co-Counsel for Plaintiff, Gregory V. Manco, Ph.D.

                */s/ Scott Zlotnick*
                By: Scott Zlotnick, Esquire
                Co-Counsel for Plaintiff, Gregory V. Manco, Ph.D.

Dated: March 21, 2022