**ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER, TODDY, P.C.**
By: Michael S. Misher, Esquire
msmisher@zarwin.com
Attorney ID#: 77512
2005 Market Street, 16th Floor
Philadelphia, PA 19103
Phone: 215-569-2800
Fax: 267-765-9690

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gregory V. Manco, Ph.D., <br>                              Plaintiffs, <br> v. <br> St. Joseph's University, Hadassah Colbert, Keirnan Loue, Lynly Carman, Dr. Susan Liebell, Karleigh Lopez, and Erin Fahey <br>                              Defendants. | Docket No. 22-cv-00285-JLS <br><br> JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE

**TO THE CLERK:**

Kindly enter the appearance of Michael S. Misher, Esq. as co-counsel for Plaintiff, Gregory V. Manco, Ph.D.

Respectfully submitted,

*/s/ Michael S. Misher*
By: Michael S. Misher, Esquire
Co-Counsel for Plaintiff, Gregory V. Manco, Ph.D.

Dated: March 23, 2022