MARCH, HURWITZ & DeMARCO, P.C.
Joseph M. DeMarco, Esquire
  Attorney I.D. No. 44061
Kristen E. Lizzano, Esquire
  Attorney I.D. No. 307247
Providence Center
1100 North Providence Road
Media, Pennsylvania 19063
Tel. (610) 565-3950

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gregory V. Manco, Ph.D., <br>           Plaintiff, <br> v. <br> St. Joseph's University, Hadassah Colbert, Keirnan Loue, Lynly Carman, Dr. Susan Liebell, Karleigh Lopez, and Erin Fahey, <br>           Defendants. | Docket No. 22-cv-00285-JLS <br><br> JURY TRIAL DEMANDED |

## **STIPULATION FOR AN EXTENSION OF TIME**

It is hereby stipulated and agreed among Defendant Lynly Carman and Plaintiff Gregory V. Manco, Ph.D., through their duly authorized counsel, that Defendant Lynly Carman shall have an extension to time through May 18, 2022 to answer, move or otherwise plead in response to Plaintiff's Complaint, in light of Plaintiff's representation that he intends to file a Motion to Amend the Complaint by the end of this week.

[SIGNATURES CONTAINED ON THE FOLLOWING PAGE]

|                        | ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER & TODDY, P.C. |
|------------------------|----------------------------------------------------|
| Dated: April 13, 2022  | */s/ Joseph M. Toddy, Esquire* <br> JOSEPH M. TODDY, ESQUIRE <br> MICHAEL S. MISHER, ESQUIRE <br> SCOTT ZLOTNICK, ESQUIRE <br> *Attorneys for Plaintiff, Gregory V. Manco, Ph.D.* |
|                        | MARCH, HURWITZ & DeMARCO, P.C. |
| Dated: April 13, 2022  | */s/ Kristen E. Lizzano, Esquire* <br> JOSEPH M. DEMARCO, ESQUIRE <br> KRISTEN E. LIZZANO, ESQUIRE <br> *Attorneys for Defendant, Lynly Carman* |

**SO ORDERED AND APPROVED:**

_____
**JEFFREY L. SCHMEHL**
**United States District Judge**

**Dated:** _____