# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO, Ph.D., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   CIVIL ACTION NO. 5:22-CV-00285 |
| | : |
| ST. JOSEPH'S UNIVERSITY, | : |
| HADASSAH COLBERT, KIERNAN | : |
| LOUE, LYNLY CARMAN, DR. SUSAN | : |
| LIEBELL, KARLEIGH LOPEZ, ERIN | : |
| FAHEY | : |
| | : |
| Defendants. | : |

## STIPULATION FOR AN EXTENSION OF TIME

It is hereby stipulated and agreed between Defendant Dr. Susan Liebell and Plaintiff Gregory V. Manco, Ph.D. ("Plaintiff"), through their duly authorized counsel, that given Plaintiff's representation that he will be filing a Motion for Leave to Amend his Complaint this week, Defendant Dr. Liebell shall have an extension of time through May 18, 2022, to answer, move, or otherwise plead in response to Plaintiff's Complaint.

[SIGNATURES CONTAINED ON THE FOLLOWING PAGE]

1

FP 43119599.1

Respectfully submitted,

**DRAKE SPECIALE LLC**

*/s/Robert C. Drake*
Robert C. Drake, Esquire
221 Chestnut St. - Suite 200
Philadelphia, Pennsylvania 19106
robert@drakespeciale.com

*Attorney for Defendant*
*Dr. Susan Liebell*

**ZARWIN, BAUM, DEVITO, KAPLAN,
SCHAER & TODDY, P.C.**

*/s/ Scott Zlotnick*
Scott Zlotnick, Esquire
2005 Market Street
16th Floor
Philadelphia, PA 19103
zsilverstein@zarwin.com

*Attorney for Plaintiff*
*Gregory V. Manco, Ph.D.*

**SO ORDERED AND APPROVED:**

_____

**JEFFREY L. SCHMEHL**
**UNITED STATES DISTRICT JUDGE**

Date: _____

2