IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO Ph.D.,<br><br>                  Plaintiff,<br>v.<br><br>ST. JOSEPH'S UNIVERSITY, et al.,<br><br>                  Defendants. | CIVIL ACTION<br><br>NO. 5:22-cv-00285-JLS |

## STIPULATION FOR EXTENSION OF TIME

WHEREAS, Defendants' responses to the Complaint are currently due by May 18, 2022;

WHEREAS Plaintiff has informed the parties of his intention to file a Motion for Leave to Amend the Complaint; and

WHEREAS, the parties seek to proceed as efficiently as possible.

It is hereby stipulated by the parties, pursuant to Local Rule 7.4 and consistent with Rule 15(a)(3), that Defendants shall answer, move, or otherwise plead in response to Plaintiff's Complaint or Amended Complaint within fourteen (14) days after the Court's ruling on Plaintiff's Motion for Leave to Amend the Complaint.

/s/ Scott Zlotnick
Scott Zlotnick, Esquire
Zarwin Baum DeVito Kaplan
Schaer Toddy, P.C.
One Commerce Square
2005 Market Street, 16th Floor
Philadelphia, PA 19103 7042

*Attorneys for Plaintiff*

/s/ Leslie Miller Greenspan
Leslie Miller Greenspan, Esquire
Tucker Law Group, LLC
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103

*Attorneys for Defendant,
Saint Joseph's University*

/s/ Deniz Uzel Reilly
Deniz Uzel Reilly, Esquire
Fisher & Phillips LLP
Two Logan Square
12th Floor

/s/ Kristen E. Lizzano
Kristen E. Lizzano, Esquire
March, Hurwitz & DeMarco
Providence Center
1100 N. Providence Road

| | |
|---|---|
| 100 N. 18th Street<br>Philadelphia, Pennsylvania 19103<br><br>*Attorneys for Defendants Hadassah Colbert, Kiernan Loue, Karleigh Lopez, and Erin Fahey*<br><br><br>/s/ Robert C. Drake<br>Robert C. Drake, Esquire<br>Drake Speciale LLC<br>221 Chestnut St. - Suite 200<br>Philadelphia, Pennsylvania 19106<br><br>*Attorneys for Defendant Dr. Susan Liebell* | Media, Pennsylvania 19063<br><br>*Attorneys for Defendant Lynly Carman* |

Dated: May 12, 2022

**BY THE COURT:**

  /s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.
 Date: May 16, 2022