IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this 18th day of August, 2022, upon review of all pending motions in this matter, as well as all responses and replies, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File an Amended Complaint (Docket No. 28) is **GRANTED**;

2. Plaintiff may file a final Amended Complaint within twenty (20) days of the date of this Order;

3. The Motion of Defendant, Kiernan Loue, to Dismiss for Improper Service (Docket No. 36) is **GRANTED** without prejudice to Plaintiff's right to attempt proper service upon Defendant Loue;

4. Plaintiff's Motion for an Enlargement of Time to serve Defendant Loue (Docket No. 38) is **GRANTED**; and

5. Plaintiff shall effectuate proper service upon Defendant Loue within 120 days of the date of this Order.

                                                  **BY THE COURT:**

                                                **/s/ Jeffrey L. Schmehl**
                                                Jeffrey L. Schmehl, J.