**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY V. MANCO Ph.D., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**STIPULATION REGARDING SECOND AMENDED COMPLAINT**

WHEREAS, Plaintiff filed a First Amended Complaint on August 24, 2022, with the permission of the Court (docs. 44 and 45);

WHEREAS, Defendants' responses to the First Amended Complaint are currently due on or around October 31, 2022;

WHEREAS, Plaintiff filed a Motion for Leave to Amend Complaint on October 13, 2022 (doc. 49); and

WHEREAS, the parties seek to proceed as efficiently as possible.

It is hereby stipulated by the parties, pursuant to Local Rule 7.4, as follows:

1. The Motion for Leave to Amend Complaint shall be granted as unopposed, with Defendants reserving all arguments for purposes of filing motions to dismiss some or all of the Second Amended Complaint.

2. Plaintiff shall file the Second Amended Complaint within 30 days of the date of this Order.

3. Defendant, Dr. Cheryl McConnell, shall be dismissed from Count X of the Second Amended Complaint based on tortious interference with contract.

*DRAFT*

4.  Defendants shall answer, move, or otherwise plead in response to the Second

Amended Complaint within thirty (30) days of its filing.[1]


/s/ Scott Zlotnick
Scott Zlotnick, Esquire
Zarwin Baum DeVito Kaplan
Schaer Toddy, P.C.
One Commerce Square
2005 Market Street, 16th Floor
Philadelphia, PA 19103 7042

*Attorneys for Plaintiff*


/s/ Leslie Miller Greenspan
Leslie Miller Greenspan, Esquire
Tucker Law Group, LLC
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103

*Attorneys for Defendants,
Saint Joseph's University & Dr. Cheryl
McConnell*


/s/ Deniz Uzel Reilly
Deniz Uzel Reilly, Esquire
Fisher & Phillips LLP
Two Logan Square
12th Floor
100 N. 18th Street
Philadelphia, Pennsylvania 19103

*Attorneys for Defendants Hadassah
Colbert, Kiernan Loue, Karleigh
Lopez, Erin Fahey, & Corrine
McGrath*


/s/ Kristen E. Lizzano
Kristen E. Lizzano, Esquire
March, Hurwitz & DeMarco
Providence Center
1100 N. Providence Road
Media, Pennsylvania 19063

*Attorneys for Defendant
Lynly Carman*


/s/ Robert C. Drake
Robert C. Drake, Esquire
Drake Speciale LLC
221 Chestnut St. - Suite 200
Philadelphia, Pennsylvania 19106

*Attorneys for Defendant Dr. Susan
Liebell*


Dated:  October 27, 2022

---

[1] The 30-day time period takes into account the schedules and commitments of all counsel, including a pre-paid vacation of one of the defense counsel.

*DRAFT*

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.