IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO Ph.D., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## STIPULATION FOR EXTENSION OF TIME

WHEREAS, Defendants' responses to the Second Amended Complaint are currently due by November 30, 2022; and

WHEREAS, the parties seek to proceed as efficiently as possible and to have all responses due for filing at the same time.

It is hereby stipulated by the parties, pursuant to Local Rule 7.4, that all Defendants shall answer, move, or otherwise plead in response to Plaintiff's Second Amended Complaint by December 21, 2022.

It is further stipulated by the parties that Plaintiff shall have until February 3, 2023 to respond to Defendants' responses to the Second Amended Complaint and that Defendants shall have until February 24, 2023 to file replies.

| | |
|---|---|
| /s/ Scott Zlotnick | /s/ Leslie Miller Greenspan |
| Scott Zlotnick, Esquire | Leslie Miller Greenspan, Esquire |
| Zarwin Baum DeVito Kaplan | Tucker Law Group, LLC |
| Schaer Toddy, P.C. | Ten Penn Center |
| One Commerce Square | 1801 Market Street, Suite 2500 |
| 2005 Market Street, 16th Floor | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 7042 | |
| | *Attorneys for Defendants,* |
| *Attorneys for Plaintiff* | *Saint Joseph's University & Dr. Cheryl McConnell* |

<u>/s/ Deniz Uzel Reilly</u>
Deniz Uzel Reilly, Esquire
Fisher & Phillips LLP
Two Logan Square
12th Floor
100 N. 18th Street
Philadelphia, Pennsylvania 19103

*Attorneys for Defendants Hadassah Colbert, Kiernan Loue, Karleigh Lopez, Erin Fahey, & Corrine McGrath*

<u>/s/ Robert C. Drake</u>
Robert C. Drake, Esquire
Drake Speciale LLC
221 Chestnut St. - Suite 200
Philadelphia, Pennsylvania 19106

*Attorneys for Defendant Dr. Susan Liebell*

<u>/s/ Kristen E. Lizzano</u>
Kristen E. Lizzano, Esquire
March, Hurwitz & DeMarco
Providence Center
1100 N. Providence Road
Media, Pennsylvania 19063

*Attorneys for Defendant Lynly Carman*

Dated: November <u>22</u>, 2022

**BY THE COURT:**

<u>/s/ Jeffrey L. Schmehl                              </u>
Jeffrey L. Schmehl, J.