IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this 5th day of January, 2023, upon review of Plaintiff's pending motions in this matter, as well as the responses thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Alternative Service on Defendant Loue (Docket No. 59) is **DENIED** without prejudice[1];

2. Plaintiff's Motion for an Enlargement of Time to serve Defendant Loue (Docket No. 60) is **GRANTED**; and

3. Plaintiff shall effectuate proper service upon Defendant Loue within 60 days of the date of this Order.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.

---

[1] On August 18, 2022, I granted Defendant Loue's motion to dismiss for improper service and gave Plaintiff an extension of time to perfect service upon Loue. According to Plaintiff's counsel, he retained a private investigation service based in the United States that was allegedly working with a private investigation company in the United Kingdom to locate Loue. On September 14, 2022, RC Services, the US private investigator, emailed Plaintiff's counsel. Docket No. 60. This email makes no mention of any private investigation company in the United Kingdom, but states that Loue appears to be a student at City University of London and may be residing at one of two postgraduate residence halls. RC Services also reported that Loue appears to be a member of the Curley Rowing Club based on Trafalgar Rowing Centre, 13 Crane Street, London. Finally, RC Services advised Plaintiff's counsel that the Curley Rowing Club trains four nights a week in the gym at Trafalgar Rowing Centre, and on Saturdays and Sundays at The Royal Albert Dock, Royal Regatta Centre, 1012 Dockside Road, London. Despite RC Services having identified several addresses at which Loue may be located for purposes of receiving service of process, Plaintiff has failed to make one attempt to serve her at any of those locations. The present facts are insufficient to allow alternative service currently. Plaintiff must physically attempt to serve process upon Loue in one of the numerous locations in the United Kingdom at which she may be located. If physical service upon Loue in the United Kingdom fails, Plaintiff may at that time refile his motion for alternative service for consideration by the Court.