IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this 27th day of April, 2023, it is hereby **ORDERED** that the oral argument on all pending motions in this matter previously scheduled for April 28, 2023 is rescheduled to **Tuesday, May 16, 2023 at 11:00 a.m.** in the Courtroom of the undersigned, The Gateway Building, 201 Penn Street, Reading, Pennsylvania.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.