IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this 15th day of May, 2023, it is hereby **ORDERED** that the oral argument to be held on all pending motions in this matter on May 16, 2023 at 11:00 a.m. IS CHANGED TO 10:00 A.M. in the Courtroom of the undersigned, The Gateway Building, 201 Penn Street, Reading, Pennsylvania.

Note:  **THIS IS TIME CHANGE ONLY.**

                                                  **BY THE COURT:**

                                                  **/s/ Jeffrey L. Schmehl**
                                                  Jeffrey L. Schmehl, J.