IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 25th day of January, 2024, upon review of all pending motions to dismiss in this matter, as well as Plaintiff's opposition thereto and Defendants' replies, and after oral argument being held, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendants, St Joseph's University and Dr. Cheryl McConnell (ECF No. 66), is **GRANTED** in part and **DENIED** in part as set forth in the accompanying memorandum;

2. The Motion to Dismiss of Defendant, Hadassah Colbert (ECF No. 61), is **GRANTED** in part and **DENIED** in part as set forth in the accompanying memorandum;

3. The Motion to Dismiss of Defendant, Erin Fahey (ECF No. 62), is **GRANTED** in part and **DENIED** in part as set forth in the accompanying memorandum;

4. The Motion to Dismiss of Defendant, Corrine McGrath (ECF No. 63), is **GRANTED** in part and **DENIED** in part as set forth in the accompanying memorandum;

5. The Motion to Dismiss of Defendant, Karleigh Lopez (ECF No. 64), is **GRANTED** in part and **DENIED** in part as set forth in the accompanying memorandum;

6. The Motion to Dismiss of Defendant, Susan Liebell (ECF No. 67) is **GRANTED**;

7. The Motion to Dismiss of Defendant, Lynly Carman (ECF No. 68) is **GRANTED** in part and **DENIED** in part as set forth in the accompanying memorandum;

8. Count I of the Second Amended Complaint is **DISMISSED**;

9. Count II of the Second Amended Complaint is **DISMISSED** as to Defendants, St. Joseph's University, Dr. Cheryl McConnell and Dr. Susan Liebell;

10. Count III of the Second Amended Complaint is **DISMISSED**;

11. Counts IV, V and VI of the Second Amended Complaint are **DISMISSED** to the extent they set forth claims of racial discrimination under 42 U.S.C. § 1981, the PHRA and the PHPO;

12. Count VIII of the Second Amended Complaint is **DISMISSED** as to Defendants, McConnell, Carman, Fahey and Liebell;

13. Count IX of the Second Amended Complaint is **DISMISSED**;

14. Count X of the Second Amended Complaint is **DISMISSED** as to Defendant Liebell;

15. Count XI of the Second Amended Complaint is **DISMISSED**;

16. Defendant, Dr. Susan Liebell, is **DISMISSED** from this action with prejudice;

17. The remaining Defendants shall file an Answer to Plaintiff's Second Amended Complaint within twenty days of the date of this Order.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.