MARCH, HURWITZ & DeMARCO, P.C.
Joseph M. DeMarco, Esquire
  Attorney I.D. No. 44061
Kristen E. Lizzano, Esquire
  Attorney I.D. No. 307247
Providence Center
1100 North Providence Road
Media, Pennsylvania 19063
Tel. (610) 565-3950

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Gregory V. Manco, Ph.D., <br><br>                Plaintiff, <br><br> v. <br><br> St. Joseph's University, Hadassah Colbert, Keirnan Loue, Lynly Carman, Dr. Susan Liebell, Karleigh Lopez, and Erin Fahey, Corinne McGrath, and Cheryl McConnell, Ph.D., <br><br>                Defendants. | Docket No. 22-cv-00285-JLS <br><br> JURY TRIAL DEMANDED |

**STIPULATION FOR AN EXTENSION OF TIME**

It is hereby stipulated and agreed among Defendant Lynly Carman and Plaintiff Gregory V. Manco, Ph.D., through their duly authorized counsel, that Defendant Lynly Carman shall have an extension to time through February 29, 2024 to answer or otherwise plead in response to Plaintiff's Second Amended Complaint. This is the second stipulation for an extension of time to respond to the Second Amended Complaint; however, it is the first request for additional time since the Court's Order of January 25, 2024.

                                                    ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER & TODDY, P.C.

Dated: February 14, 2024            */s/ Scott Zlotnick, Esquire*
                                                    JOSEPH M. TODDY, ESQUIRE
                                                    SCOTT ZLOTNICK, ESQUIRE
                                                    JOHN P. McACOY, ESQUIRE
                                                    *Attorneys for Plaintiff, Gregory V. Manco, Ph.D.*

|  |  |
|---|---|
|  | MARCH, HURWITZ & DeMARCO, P.C. |
| Dated: February 14, 2024 | */s/ Kristen E. Lizzano, Esquire* |
|  | JOSEPH M. DEMARCO, ESQUIRE |
|  | KRISTEN E. LIZZANO, ESQUIRE |
|  | *Attorneys for Defendant, Lynly Carman* |

**SO ORDERED AND APPROVED:**

_____
**JEFFREY L. SCHMEHL**
**United States District Judge**

**Dated:** _____