UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO, Ph.D., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 5:22-CV-00285-JLS |
| ST. JOSEPH'S UNIVERSITY, ET AL | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Lynly Carman in the above-captioned matter.

FISHER & PHILLIPS LLP

Date: February 29, 2024          By:    */s/ Julia W. Clark*
                                        Julia W. Clark, Esquire
                                        Two Logan Square, 12th Floor
                                        100 N. 18th Street
                                        Philadelphia, PA 19103
                                        (610) 230-6119
                                        jclark@fisherphillips.com

                                        *Attorney for Defendants Hadassah Colbert, Kiernan Loue, Karleigh Lopez, Erin Fahey, Corrine McGrath, and Lynly Carman*

1

**CERTIFICATE OF SERVICE**

I, Julia W. Clark, Esquire, hereby certify that on this 29th day of February 2024, a true and correct copy of the foregoing Entry of Appearance was filed electronically with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to counsel of record at the e-mail address on file with the Court.

                                          */s/ Julia W. Clark*
                                          Julia W. Clark, Esquire