IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| ST. JOSEPH'S UNIVERSITY, et. al. | : | |
| Defendant. | : | NO. 5:22CV285 |

ORDER

On this 28th day of May 2024, it is hereby ORDERED that at teleconference is scheduled on Thursday, May 30, 2024 at 3:00 PM before Judge Craig M. Straw. The call-in information will be emailed to counsel by chambers.

BY THE COURT:

/S/ Craig M. Straw

_____
CRAIG M. STRAW
UNITED STATES MAGISTRATE JUDGE