IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY V. MANCO          :
        Plaintiff,          :          CIVIL ACTION
                  :
        v.          :
ST. JOSEPH'S UNIVERSITY, et. al.     :
        Defendant.          :          NO. 5:22cv285
                  :
                  :

ORDER

On this 30th day of May 2024, it is hereby ORDERED that the settlement conference scheduled on June 14, 2024 at 1:00 PM before Judge Craig M. Straw is CANCELLED.

BY THE COURT:

/S/ Craig M. Straw

_____
CRAIG M. STRAW
UNITED STATES MAGISTRATE JUDGE