IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

### ORDER

**AND NOW**, this 6th day of September, 2024, upon receipt of correspondence from Plaintiff's counsel seeking to seal Plaintiff's Motion for Leave to Appeal that was filed on September 5, 2024, and considering said correspondence to be a motion, it is hereby **ORDERED** as follows:

    1. Plaintiff's motion to seal is **GRANTED**; and

    2. The Clerk **SHALL SEAL** Plaintiff's Motion for Leave to Appeal (ECF No. 146).

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.