IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 9th day of September, 2024, after a status conference with counsel, it is hereby **ORDERED** as follows:

1. All fact discovery in this matter shall be completed by December 31, 2024; and

2. A status conference shall be held via zoom on November 7, 2024, at 11:00 a.m. The parties can access the video conference via the following link:

https://www.zoomgov.com/j/1606385415?pwd=fp84l9FG0bbfDrQVc4X8LrbyWOiwGs.1

Meeting ID: 160 638 5415

Passcode: 549055

                                              **BY THE COURT:**

                                              **/s/ Jeffrey L. Schmehl**
                                              Jeffrey L. Schmehl, J.