IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 18th day of September, 2024, upon receipt of correspondence from defense counsel seeking an extension of time to respond to Plaintiff's Motion for Leave to Appeal (Docket No. 146), and considering said correspondence to be a motion, and with good cause being shown, it is hereby **ORDERED** as follows:

1. Defendants' motion for an extension of time is **GRANTED**; and

2. Defendants' opposition to Plaintiff's Motion for Leave to Appeal shall be filed by October 4, 2024.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.