IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of November, 2024, upon receipt of correspondence from counsel requesting a continuance of the status conference scheduled for November 7, 2024, it is hereby **ORDERED** as follows:

1. The correspondence shall be considered a motion for a continuance, and said motion is **GRANTED**; and

2. The status conference scheduled for November 7, 2024, is rescheduled to December 3, 2024, at 2:00 p.m. The parties can access the video conference via the following link: https://www.zoomgov.com  Meeting ID: 160 638 5415  Passcode: 549055.

                                      **BY THE COURT:**

                                      /s/ Jeffrey L. Schmehl
                                      Jeffrey L. Schmehl, J.