IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 21st day of November, 2024, upon review of Plaintiff's Motion to Exceed 7 Hours of Deposition Time (ECF No. 155), as well as Defendant's response thereto, and Plaintiff's Reply, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED** in part; and

2. Plaintiff shall be permitted to continue the deposition of Cheryl A. McConnell, Ph.D, for an additional **two hours only**.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.