IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of December, 2024, upon review of correspondence received from counsel for Defendant Colbert seeking to limit the time for Defendant's deposition, as well as Plaintiff's response, Defendant's reply and Plaintiff's sur-reply, it is hereby **ORDERED** that Plaintiff shall be permitted to continue the deposition of Hadassah Colbert for an additional **two hours only**.

                                                                            **BY THE COURT:**

                                                                            /s/ Jeffrey L. Schmehl
                                                                            Jeffrey L. Schmehl, J.