**ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER, TODDY, P.C.**
By: John P. McAvoy, Esquire
Attorney ID#: 315830
2005 Market Street, 16th Floor
Philadelphia, PA 19103
Phone: 215-569-2800
Fax: 267-765-9690
Email: jmcavoy@zarwin.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gregory V. Manco, Ph.D.,<br>　　　　　　　　　Plaintiffs,<br>　　v.<br>St. Joseph's University, Hadassah Colbert, Keirnan Loue, Lynly Carman, Dr. Susan Liebell, Karleigh Lopez, and Erin Fahey<br>　　　　　　　　　Defendants. | Docket No. 22-cv-00285-JLS<br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL

**TO THE CLERK:**

　　Kindly withdrawal the appearance of John P. McAvoy, Esquire as co-counsel for Plaintiff, Gregory V. Manco, Ph.D.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　John P. McAvoy, Esquire
　　　　　　　　　　　　　　　　　　　Co-Counsel for Plaintiff, Gregory V. Manco, Ph.D.

Dated: December 17, 2024

## CERTIFICATION OF SERVICE

I hereby certify that on this 17th day of December, 2024, I caused a true and correct copy of the foregoing Notice of Withdrawal on all counsel of record by filing it electronically on the Pennsylvania eCourts system.

                **ZARWIN, BAUM, DEVITO,**
                **KAPLAN, SCHAER, TODDY, P.C.**

By: _____
     John P. McAvoy, Esquire
     Co-Counsel for Plaintiff, Gregory V. Manco, Ph.D.