IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|    Defendants. | : | |

## **O R D E R**

AND NOW, this 21st day of January, 2025, it is ORDERED that a TELEPHONIC CONFERENCE shall be held on Friday, January 24, 2025 at 11:00 a.m.  Counsel shall use dial in 1-855-244-8681 access code 2302 191 7499 .

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.