IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of January, 2025, upon receipt of correspondence from counsel regarding numerous discovery disputes, and after a conference call held on January 24, 2025, it is hereby **ORDERED** as follows:

1. The deposition of Plaintiff, Gregory Manco, shall be limited to a total of twelve hours, unless further permission is sought from the Court.

2. Plaintiff, Gregory Manco, shall be permitted to take no more than fifteen depositions without further permission of the Court.

3. Defendant, St. Joseph's University, shall produce all bias reports related only to any professor, adjunct, visiting or otherwise, for the time period from January 1, 2021, to May 31, 2022.

4. The proposed subpoena of Defendant, St. Joseph's University, directed to Rutgers University for records related to Plaintiff shall be held in abeyance until after Plaintiff is deposed.

5. All discovery in this matter shall be completed by March 14, 2025.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.