IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

## **O R D E R**

AND NOW, this 19th day of February, 2025, upon request of the Defendants, it is ORDERED that a VIDEO CONFERENCE shall be held **by Zoom on Monday, February 24, 2025 at 2:00 p.m** to address discovery issues. The Court will provide the link prior to the conference date.

                                                               BY THE COURT:


                                                           /s/ Jeffrey L. Schmehl
                                                           JEFFREY L. SCHMEHL, J.