IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 21st day of February, 2025, it is hereby **ORDERED** that the status conference via zoom previously scheduled for February 24, 2025 is rescheduled to **Friday, February 28, 2025 at 11:00 a.m.** The Court will provide the video link in advance of the conference.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.