IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO, Ph.D, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 22-285 |
| : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 25th day of February, 2025, it is hereby **ORDERED** that the status conference previously scheduled via zoom for February 28, 2025 is rescheduled to **Thursday, March 6, 2025 at 10:00 a.m.** at the Reading Station, the Gateway Building, 201 Penn Street, Fifth Floor, Reading, Pennsylvania.

                              **BY THE COURT:**

                              **/s/ Jeffrey L. Schmehl**
                              Jeffrey L. Schmehl, J.