IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 6th day of March, 2025, after a hearing on discovery issues and a status conference, it is hereby **ORDERED** as follows:

1. Any documents, exhibits or recordings to be shown to witnesses at their depositions must be produced at least 48 hours prior to their deposition;

2. The deadline for fact discovery shall be extended 60 days to May 14, 2025;

3. Defendants' counsel shall file their stated position on Plaintiff's motion for interlocutory appeal within 5 days; and

4. An in-person status conference shall be held on **Thursday, May 8, 2025 at 10:00 a.m.** at the Reading Station, the Gateway Building, 201 Penn Street, Fifth Floor, Reading, Pennsylvania.

                                **BY THE COURT:**

                                **/s/ Jeffrey L. Schmehl**
                                Jeffrey L. Schmehl, J.