# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
| v. | : | NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|    Defendants. | : | |

## **O R D E R**

**AND NOW**, this 26th day of March, 2025, upon request of the Defendants, **IT IS HEREBY ORDERED** that a **VIDEO CONFERENCE** shall be held **by Zoom on Monday, March 31, 2025 at 2:30 p.m.** to address continuing discovery issues. The Court will provide the link prior to the conference date.

                                                 **BY THE COURT:**

                                                 */s/ Jeffrey L. Schmehl*
                                                 **JEFFREY L. SCHMEHL, J.**