IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

**O R D E R**

**AND NOW**, this 31st day of March, 2025, upon request of Plaintiff, **IT IS HEREBY ORDERED** that the status conference via zoom previously scheduled for March 31, 2025 is rescheduled to **Tuesday, April 1, 2025 at 11:00 a.m.**

                                             **BY THE COURT:**

                                             */s/ Jeffrey L. Schmehl*
                                             **JEFFREY L. SCHMEHL, J.**