IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO Ph.D., : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | NO. 5:22-cv-00285-JLS |
| : | |
| ST. JOSEPH'S UNIVERSITY, et al., : | |
| : | |
| Defendants. : | |
| : | |

# ORDER

**AND NOW**, this 2nd day of April, 2025, upon consideration of Plaintiff's Supplemental Notice of Videotaped Deposition to Dr. Cheryl McConnell, and the Objections asserted thereto by Defendants Saint Joseph's University and Dr. Cheryl McConnell, as well as argument presented at the April 1, 2025 Conference, **IT IS HEREBY ORDERED** as follows:

1. Defendants' objections are **SUSTAINED IN PART** and **OVERRULED IN PART**.

2. Dr. McConnell shall review the 32-page final Investigation Report, Bates stamped SJU_MANCO_0191-0222, prior to her continued deposition to be scheduled by the parties.

3. Plaintiff's counsel will provide Dr. McConnell's counsel with the Bates stamped exhibits of any emails which Dr. McConnell sent and/or authored regarding the investigation into Dr. Manco of alleged potential violations of the Interim Policy Prohibiting Discrimination, Harassment and Retaliation and the Faculty Handbook and all documents related to Dr. McConnell's involvement in the alleged violation of FERPA by Plaintiff that Plaintiff's counsel intends to show Dr. McConnell at her continued deposition at least 72 business hours prior to its scheduled start time.

4. The total number of pages of documents that Plaintiff may require Dr. McConnell to

review, including those of the Investigation Report, shall not exceed 75 pages. As Plaintiff is only permitted to depose Dr. McConnell for an additional two hours, this restriction will prevent Dr. McConnell and defense counsel from being subjected to disproportionately burdensome preparation demands.

5. Dr. McConnell shall not be required to review any other documents requested by Plaintiff ahead of her continued deposition that fall outside of the scope outlined above, including but not limited to the exhibits to the Investigation Report and any drafts thereto.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
The Hon. Jeffrey L. Schmehl, J.