IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|    Defendants. | : | |

## ORDER

**AND NOW**, this 1st day of May, 2025, upon receipt of Alumni Defendants' April 30, 2025 letter requesting an additional 3 hours to depose Plaintiff, and the objections asserted thereto by Plaintiff in his May 1, 2025 letter, **IT IS HEREBY ORDERED** that Alumni Defendants' request is **GRANTED.** Alumni Defendants shall have an additional 3 hours to depose Plaintiff. As 2.5 hours remain to be taken of the 12 hours approved by this Court's January 24, 2025 Order (ECF 167) and allotted to Alumni Defendants, they shall be limited to deposing Plaintiff for 5.5 more hours, which shall be taken over one session.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**Jeffrey L. Schmehl, J.**

---

[1] Although Plaintiff's resumed deposition is scheduled for May 2, 2025, he states in his letter that he is unable to accommodate an additional three hours on that date. If a new date within the remaining discovery period ending on May 14, 2025 cannot be agreed upon, then the deposition shall be held on May 8, 2025, and the in-person status conference scheduled for May 8, 2025 will be rescheduled.