IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GREGORY V. MANCO Ph.D., :  :  Plaintiff, : v. : : ST. JOSEPH'S UNIVERSITY, et al., : : Defendants. : : | CIVIL ACTION  NO. 5:22-cv-00285-JLS |

**ORDER**

**AND NOW**, this 22nd day of May, 2025, upon consideration of Plaintiff's May 21, 2025 email to the Court requesting an extension of the discovery deadline to June 30, 2025, Defendants' May 22, 2025 letter in opposition to the request, this Court's in-camera review of the redacted and unredacted Investigation Report ("Report") assessing the propriety of their confidentiality designations as requested by Plaintiff's April 1, 2025 Letter, the Objections asserted thereto by Defendants Saint Joseph's University ("SJU") and Dr. Cheryl McConnell (collectively, the "SJU Defendants") in their April 3, 2025 Letter, and Plaintiff's April 4, 2025 Reply Letter, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's request to extend the discovery deadline to June 30, 2025 is **DENIED**.[1] The Court will provide an extension of the discovery deadline at a later date if necessary.

2. The agreements between the parties to hold continued depositions of Ms. Morrison and Dr. Manco shall stand.

---

[1] Plaintiff has not demonstrated that he diligently sought the discovery he now seeks to secure beyond the deadline, a requirement set forth under Fed. R. Civ. P. 16(b)(4). Plaintiff argues that a continued deposition of Ms. Smith is "highly relevant to Plaintiff's case due to the drafts of the investigation report that were produced by SJU during discovery[,]" but those documents have been in his possession since March 5, 2025. Plaintiff had ample time to schedule appropriate depositions within the discovery period provided.

3. The confidentiality designations at issue are proper and shall remain in place.[2]

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.

---

[2] The Court issues this ruling in the interest of providing clarity before the holiday weekend, and due to its implications on remaining depositions to be taken. An opinion will follow early next week.