# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO Ph.D., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 2nd day of June, 2025, upon request of Plaintiff, **IT IS HEREBY ORDERED** that a **VIDEO STATUS CONFERENCE** shall be held by **Zoom on Thursday, June 5, 2025 at 11:00 a.m.** to discuss pending motions and discovery issues. The Court will provide the link prior to the conference date.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**