# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

## **ORDER**

**AND NOW**, this 2nd day of June, 2025, upon request of Plaintiff, **IT IS HEREBY ORDERED** that a **VIDEO STATUS CONFERENCE** shall be held by **Zoom on Thursday, June 5, 2025 at 11:00 a.m.** to discuss pending motions and discovery issues. The Court will provide the link prior to the conference date.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.