UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO, Ph.D.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ST. JOSEPH'S UNIVERSITY, HADASSAH COLBERT, KIERNAN LOUE, LYNLY CARMAN, DR. SUSAN LIBELL, KARLEIGH LOPEZ, ERIN FAHEY, CORRINE MCGRATH, CHERYL MCCONNELL,<br><br>      Defendants. | Civil Action No. 5:22-CV-00285 |

## **DECLARATION OF DEVIN YINGLING**

I, Devin Yingling, state as follows:

1. I was a student at St. Joseph's University from 2018 to 2022.

2. During my time at St. Joseph's University, I was a reporter, editor, and editor-in-chief at *The Hawk,* the student newspaper on campus.

3. I no longer have access to *The Hawk* social media accounts or the email account I used that was associated with *The Hawk*.

4. On May 2, 2025, I received a text message from Bailey Landis, a co-worker, that a folder was dropped off for me that day at my office located at 1035 Virginia Drive Suite 201, Fort Washington, PA 19034.

5. I asked Ms. Landis, to send me a copy of the contents of the folder. She sent them to me via fax.

6. The folder contained a subpoena addressed to me in the lawsuit *Manco v. St. Joseph's University et. al*.

7. The address listed in the subpoena, 18 Oakland Ave. West Grove, PA 19390, is a family member's address. It is not where the subpoena was served nor where I currently reside.

8. I moved out of the address listed on the subpoena in May 2023, and have not lived there since.

9. To my knowledge, service was never attempted at my current residence.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on June 4, 2025, in Montgomery County, Pennsylvania.

                                                           /s/ Devin Yingling
                                                           Devin Yingling