# EXHIBIT A


Paula Knudsen Burke <pknudsen@rcfp.org>

## Re: Gregory V. Manco v. SJU et al. - Devin Yingling's Deposition
1 message

**Paula Knudsen Burke** <pknudsen@rcfp.org>　　　　　　　　　　　　　　　　　Tue, May 20, 2025 at 4:27 PM
To: "William A. Hartner" <wahartner@zarwin.com>
Cc: "Joseph M. Toddy" <jmtoddy@zarwin.com>, "Marina A. Abirached" <MRached@zarwin.com>

Good afternoon -
I will not accept service on Ms. Yingling's behalf.
Any subpoena at this juncture would be improper because discovery closed on May 14, 2025 (ECF No. 175) and your subpoena was already quashed (ECF No. 188). Further attempts to harass my client with frivolous subpoenas may force us to consider seeking appropriate sanctions under Rule 11.
Sincerely,
Paula Knudsen Burke



Paula Knudsen Burke
Local Legal Initiative Attorney (Pennsylvania)
4000 Crums Mill Rd., Ste. 101
Harrisburg, PA 17112
pknudsen@rcfp.org 717-370-6884

On Tue, May 20, 2025 at 2:06 PM William A. Hartner <wahartner@zarwin.com> wrote:

> Counsel,
>
> Since you are counsel of record for witness Devin Yingling are you amenable to accepting service of the subpoena for deposition on behalf of your client in connection with the above matter. Kindly advise as to your position as soon as possible so we may move forward.
>
> Thank you,
>
> William A. Hartner



**William A. Hartner, Esq.**

One Commerce Square

2005 Market Street | 16th Floor | Philadelphia, PA 19103-7042

Direct Dial: 267.273.7438 | Main Fax: 267.386.3306

Email: wahartner@zarwin.com





THIS ELECTRONIC MAIL TRANSMISSION AND THE DOCUMENTS ACCOMPANYING IT CONTAIN INFORMATION FROM THE LAW FIRM ZARWIN, BAUM, DEVITO, KAPLAN, SCHAER & TODDY, P.C., WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED IN THIS TRANSMISSION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.

THIS EMAIL OR ANY LANGUAGE CONTAINED HEREIN SHOULD NOT BE CONSTRUED, EXPRESSLY OR IMPLIEDLY, BY ANY RECIPIENT TO CREATE AN ATTORNEY CLIENT RELATIONSHIP BY THE SENDER OR ON BEHALF OF THE LAW FIRM IN THE ABSENCE OF A SIGNED RETAINER AGREEMENT BY THE PARTIES OR AN ENGAGEMENT LETTER FROM THE FIRM.