UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO, Ph.D.,<br><br>   Plaintiff,<br><br> v.<br><br>ST. JOSEPH'S UNIVERSITY, HADASSAH COLBERT, KIERNAN LOUE, LYNLY CARMAN, DR. SUSAN LIBELL, KARLEIGH LOPEZ, ERIN FAHEY, CORRINE MCGRATH, CHERYL MCCONNELL,<br><br>   Defendants. | Civil Action No. 5:22-CV-00285-JLS |

**PROTECTIVE ORDER FOR THE
DEPOSITION OF DEVIN YINGLING**

  **AND NOW**, this 26th day of June, 2025, upon consideration of Plaintiff's Motion to Compel the Deposition of Devin Yingling, ECF No. 189, Non-Party Devin Yingling's response in opposition thereto, ECF No. 194, and arguments presented by the parties and Non-Party Ms. Yingling during the video status conference on June 5, 2025, **IT IS HEREBY ORDERED** and **DECREED** that the Motion to Compel is **GRANTED** as follows:

1. Within the next thirty (30) days, Plaintiff may notice the deposition of non-party Devin Yingling.

2. At Ms. Yingling's deposition, Plaintiff may inquire as to Ms. Yingling's role and experience working at *The Hawk* student newspaper but may not inquire as to any information protected by the reporter's privilege, as recognized under the First Amendment and the Pennsylvania Shield Law, 42 Pa. Cons. Stat. § 5942(a), as to matters including, but not limited to:

   a. Information about the content of communications between Ms. Yingling and her sources as part of her newsgathering process, provided that such communications have not been produced to Plaintiff through discovery;

   b. The identities of sources Ms. Yingling may have contacted for comment as part of her newsgathering process;

   c. Information about communications between Ms. Yingling and other *Hawk* staff members/advisors concerning their newsgathering and unpublished material.

3. At Ms. Yingling's deposition, Plaintiff may also inquire about documents produced through discovery including text messages, social media conversations, and audio recordings between Ms. Yingling and Defendant Colbert. As these communications are already in Plaintiff's possession, this will not violate the reporter's privilege.

4. The deposition of Ms. Yingling shall not last longer than two hours.


Date: <u>June 26, 2025</u>

                                        **BY THE COURT:**

                                        <u>**/s/ Jeffrey L. Schmehl**</u>
                                        Jeffrey L. Schmehl, J.