IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY V. MANCO, Ph.D,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 5:22-cv-00285-JLS |
| | : | |
| **ST. JOSEPH'S UNIVERSITY,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 1st day of July, 2025, after a video status conference held by Zoom on June 5, 2025, as well as further communications from counsel, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff may coordinate with Renee Smith's counsel to schedule her continued deposition.

2. At Lexi Morrison's continued deposition, Plaintiff's counsel may ask her questions regarding documents designated "Attorneys' Eyes Only" that she has previously seen, so long as Plaintiff agrees to leave the room during such questioning.[1]

3. Plaintiff's Contingency Fee Agreement with plaintiff's counsel shall not be produced, but Plaintiff shall answer the Interrogatory regarding the date it was executed.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.

---

[1] Defense counsel noted in her May 20, 2025 email that this compromise was proposed at Ms. Morrison's prior deposition, and the Court finds this to be a fair and reasonable solution that allows Plaintiff's counsel to inquire about the documents without compromising their "Attorney's Eyes Only" designation.