# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of July, 2025, upon receipt of communications from counsel regarding discovery issues, **IT IS HEREBY ORDERED** that a **VIDEO STATUS CONFERENCE** shall be held by **ZOOM** on **Monday, July 14, 2025, at 10:30 a.m.** The Court will provide the link prior to the conference date.

                                                                   **BY THE COURT:**

                                                                  */s/ Jeffrey L. Schmehl*
                                                                   **JEFFREY L. SCHMEHL, J.**