# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY V. MANCO, Ph.D,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-285** |
| | : | |
| **ST. JOSEPH'S UNIVERSITY,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 11th day of July, 2025, **IT IS HEREBY ORDERED** that the **ZOOM VIDEO STATUS CONFERENCE** scheduled for July 14, 2025 is **RESCHEDULED** to **Tuesday, July 15, 2025, at 3:00 p.m.** The link is provided by the Court under separate cover.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.