IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO Ph.D., : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | NO. 5:22-cv-00285-JLS |
| : | |
| ST. JOSEPH'S UNIVERSITY, et al., : | |
| : | |
| Defendants. : | |

**STIPULATION FOR EXTENSION OF TIME**

WHEREAS, Plaintiff filed his Motion for Leave to file a Third Amended Complaint (ECF No. 200) on July 2, 2025;

WHEREAS, Defendants' responses to Plaintiff's Motion for Leave to file a Third Amended Complaint (ECF No. 200) are currently due on July 16, 2025; and

WHEREAS, the parties seek to proceed as efficiently as possible.

It is hereby stipulated by the parties, pursuant to Local Rule 7.4, that all Defendants shall file a response to Plaintiff's Motion for Leave to file a Third Amended Complaint (ECF No. 200) by July 23, 2025.

| | |
|---|---|
| */s/ Scott Zlotnick* | */s/ Candice Kearney* |
| Scott Zlotnick, Esquire | Candice Kearney, Esquire |
| Zarwin Baum DeVito Kaplan | Tucker Law Group, LLC |
| Schaer Toddy, P.C. | Ten Penn Center |
| One Commerce Square | 1801 Market Street, Suite 2500 |
| 2005 Market Street, 16th Floor | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 7042 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | *Saint Joseph's University and Dr. Cheryl McConnell* |

*/s/ Deniz Uzel Reilly*
Deniz Uzel Reilly, Esquire
Fisher & Phillips LLP
Two Logan Square
100 N. 18th Street, 12th Floor
Philadelphia, Pennsylvania 19103

*Attorneys for Defendants Hadassah Colbert, Kiernan Loue, Karleigh Lopez, Erin Fahey, Lynly Carman & Corrine McGrath*

Dated: July 15, 2025

**IT IS SO ORDERED**, this 15th day of July, 2025,

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
_____
JEFFREY L. SCHMEHL
United States District Court Judge