### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO Ph.D., | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : NO. 5:22-cv-00285-JLS |
| | : |
| ST. JOSEPH'S UNIVERSITY, et al., | : |
| | : |
| Defendants. | : |

### ORDER

**AND NOW**, this 15th day of July, 2025, upon consideration of Defendants Saint Joseph's University and Dr. Cheryl McConnell's correspondence dated July 11, 2025, and any response by Plaintiff, **IT IS HEREBY ORDERED** that no party is permitted to provide documents or evidence exchanged in pre-trial discovery with the media. It is **FURTHER ORDERED** that no party shall discuss the contents of any evidence exchanged in pre-trial discovery with the media.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**