IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO Ph.D., : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | NO. 5:22-cv-00285-JLS |
| : | |
| ST. JOSEPH'S UNIVERSITY, et al., : | |
| : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 15th day of July, 2025, following a video status conference concerning discovery issues, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's counsel shall stipulate to identify the speech by Defendants Colbert and Lopez that Plaintiff deems to be defamatory or to put Plaintiff in a false light, with reference to bates numbers, by **July 29, 2025.**

2. Counsel for Defendants Colbert and Lopez shall notify Plaintiff's counsel and the Court of her intent regarding the remaining twenty minutes reserved to depose Plaintiff by **August 12, 2025.**

3. Thereafter, counsel for Defendants Colbert and Lopez shall provide a status update to the Court.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**