# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 22nd day of July, 2025, upon consideration of Plaintiff's Motion for Partial Reconsideration (ECF No. 201) of this Court's July 1, 2025 Order (ECF No. 199), and the response in opposition filed by Defendants Saint Joseph's University and Dr. Cheryl McConnell (ECF No. 210), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

                                    **BY THE COURT:**

                                    */s/ Jeffrey L. Schmehl*
                                    **JEFFREY L. SCHMEHL, J.**