### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY V. MANCO Ph.D.,                                :
                                                       :          CIVIL ACTION
                                    Plaintiff,          :
                    v.                                 :          NO. 5:22-cv-00285-JLS
                                                       :
ST. JOSEPH'S UNIVERSITY, et al.,                       :
                                                       :
                                    Defendants.        :
                                                       :

### ORDER

**AND NOW**, this 14th day of November, 2025, **IT IS HEREBY ORDERED** as follows:

1. A **VIDEO STATUS CONFERENCE** shall be held **Thursday, December 11, 2025 at 2:00 p.m.** The Court will provide access instructions prior to the conference under separate cover.

2. The deadline to file dispositive motions is **Friday, January 16, 2026.**


                                    **BY THE COURT:**


                                    */s/ Jeffrey L. Schmehl*
                                    **JEFFREY L. SCHMEHL, J.**