**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREGORY V. MANCO Ph.D., | : |
| Plaintiff, | : **CASE NO. 5:22-cv-00285-JLS** |
| v. | : |
| ST. JOSEPH'S UNIVERSITY, et al. | : |
| Defendants. | : |

**ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of Defendants Saint Joseph's University and Dr. Cheryl McConnell (the "Saint Joseph's Defendants") Unopposed Motion for Leave to Exceed the Page Limit, and because good cause has been shown, it is hereby **ORDERED** that the Saint Joseph's Defendants may submit a Memorandum of Law in Support of their Motion for Summary Judgment of up to forty (40) pages.

BY THE COURT:

_____
The Hon. Jeffrey L. Schmehl

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> ST. JOSEPH'S UNIVERSITY, et al. <br><br> Defendants. | CASE NO. 5:22-cv-00285-JLS |

**DEFENDANTS SAINT JOSEPH'S UNIVERSITY AND DR. CHERYL MCCONNELL'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THE MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR <u>SUMMARY JUDGMENT</u>**

Defendants Saint Joseph's University and Dr. Cheryl McConnell (collectively, the "Saint Joseph's Defendants"), by and through their undersigned attorneys, respectfully move this Court for leave to the exceed page limit for the memorandum of law in support of the Saint Joseph's Defendants' motion for summary judgment, and in support thereof state the following:

1. Following this Court's January 25, 2024 Order partially granting the Saint Joseph's Defendants' Motion to Dismiss (ECF No. 107), Plaintiff's remaining causes of action against the Saint Joseph's Defendants consist of retaliation under the PHRA, PFPO, and Section 1981 (Counts IV, V, VI); breach of contract (Count VII); and false light (Count VIII) (ECF Nos. 51, 106, and 107).

2. Dispositive motions are due to be filed by Friday, March 13, 2026. ECF No. 241.

3. Pursuant to Section II(C)(3) of this Honorable Court's Policies and Procedures, "[a]ny brief or memorandum should be limited to twenty-five pages. If a party

requires more than twenty-five pages to explain its position to the court, a motion to exceed the page limit should be filed, setting forth good cause for granting an exception."

4. The Saint Joseph's Defendants seek leave to file a memorandum not to exceed forty (40) pages in support of their Motion for Summary Judgment, which exceeds the applicable page limit by fifteen (15) pages.

5. Good cause exists for the Saint Joseph's Defendants' request.

6. Plaintiff's Second Amended Complaint is lengthy and the number of allegations relevant to Plaintiff's remaining claims against the Saint Joseph's Defendants is significant.

7. Plaintiff's remaining claims against the Saint Joseph's Defendants (retaliation, breach of contract, and false light) are highly fact-specific and there are little to no facts that are common between the three remaining claims.

8. Plaintiff's remaining claims against the Saint Joseph's Defendants also raise distinct legal issues and require extensive analysis of precedential case law that must be addressed to permit the Court's meaningful review.

9. Plaintiff alleges high value damages and his retaliation claims against the Saint Joseph's Defendants involve multiple fee-shifting statutes, further raising the stakes on the outcome of summary judgment.

10. The Saint Joseph's Defendants intends to be diligent and intends to male reasonable efforts to present their arguments concisely, but additional pages are necessary to properly address the factual allegations and legal theories asserted by Plaintiff.

11. Granting this request will not prejudice the Plaintiff and will assist the Court

by ensuring that all relevant arguments are presented in a clear and organized manner.

12. The Saint Joseph's Defendants have conferred with Plaintiff's counsel regarding this Motion, Plaintiff consents to the Saint Joseph's Defendants Motion, and does not intend to oppose the Saint Joseph's Defendants Motion.

**WHEREFORE**, for the reasons set forth above, the Saint Joseph's Defendants have demonstrated good cause for an extension of the page limit and move this Court to permit the Saint Joseph's Defendants to submit a Memorandum of Law in support for their Motion for Summary Judgment of up to forty (40) pages. A proposed order is attached.

                                                 Respectfully submitted,

Date: February 23, 2026                  **TUCKER LAW GROUP, LLC**

                                               <u>*/s/ Candice Kearney*</u>
                                               Candice Kearney, Esq.
                                               Yuliya Khromyak, Esq.
                                               Ten Penn Center
                                               1801 Market Street, Suite 2500
                                               Philadelphia, PA 19103
                                               (215) 875-0609
                                               *Counsel for Defendants Saint Joseph's*
                                               *University and Dr. Cheryl McConnell*

## **CERTIFICATE OF SERVICE**

I, Candice Kearney, Esquire, hereby certify that I caused to be served a true and correct copy of the foregoing document to the following counsel of record via the Court's electronic filing system:

| | |
|---|---|
| Joseph M. Toddy, Esquire<br>Scott Zlotnick, Esquire<br>**ZARWIN BAUM, DeVITO**<br>**KAPLAN, SCHAER & TODDY, P.C.**<br>2005 Market Street, 16th Floor<br>Philadelphia, PA 19103<br>*Attorneys for Plaintiff* | Deniz Uzel Reilly, Esquire<br>Sarah Myirski, Esquire<br>**FISHER & PHILLIPS, LLP**<br>100 N. 18th Street, 12th Floor<br>Philadelphia, PA 19103<br>*Attorney for Defendants,*<br>*Hadassah Colbert, Kiernan Loue,*<br>*Karleigh Lopez, Erin Fahey and*<br>*Corrine McGrath and Lynly Carman* |

Dated: February 23, 2026

                                              */s/ Candice Kearney*
                                              Candice Kearney, Esq.