UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO, Ph.D., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 5:22-CV-00285 |
| ST. JOSEPH'S UNIVERSITY, ET AL. | : |
| Defendants. | : |

**ORDER**

**AND NOW,** this 25th day of February, 2026, upon receipt of joint correspondence from the Parties, it is hereby **ORDERED** that the deadline to file dispositive motions for Defendants Erin Fahey, Lynly Carman, Kiernan Loue, and Corrine McGrath is extended by two (2) weeks to Friday, March 27, 2026. It is further **ORDERED** as follows:

1. Plaintiff's deadline to file an opposition with respect to these motions is **Tuesday, May 26, 2026**.

2. Defendants' deadline to file a reply brief in further support of these motions is **Friday, July 10, 2026**.

/s/ Jeffrey L. Schmehl

Jeffrey L. Schmehl
United States District Court Judge

1