# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO Ph.D., | |
| Plaintiff, | **CASE NO. 5:22-cv-00285-JLS** |
| v. | |
| ST. JOSEPH'S UNIVERSITY, et al. | |
| Defendants. | |

## ORDER

AND NOW, this 25th day of February, 2026, upon consideration of Defendants Saint Joseph's University and Dr. Cheryl McConnell (the "Saint Joseph's Defendants") Unopposed Motion for Leave to Exceed the Page Limit, and because good cause has been shown, it is hereby **ORDERED** that said Motion (ECF No. 244) is **GRANTED**, and that the Saint Joseph's Defendants may submit a Memorandum of Law in Support of their Motion for Summary Judgment of up to forty (40) pages.

BY THE COURT:

_/s/ Jeffrey L. Schmehl_____
The Hon. Jeffrey L. Schmehl