IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY V. MANCO Ph.D., | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 5:22-cv-00285-JLS |
| ST. JOSEPH'S UNIVERSITY, et al., | : |
| Defendants. | : |

**ORDER**

AND NOW, this 11th day of March, 2026, upon receipt of correspondence from counsel, **IT IS HEREBY ORDERED** that the deadline to file dispositive motions for Defendants St. Joseph's University, Dr. Cheryl McConnell, Hadassah Colbert and Karleigh Lopez is extended by two (2) weeks to **Friday, March 27, 2026**. **IT IS FURTHER ORDERED** as follows:

1. Plaintiff's deadline to file a response in opposition to Defendants' dispositive motions is **Tuesday, May 26, 2026;**

2. Defendants' deadline to file a reply in further support of their respective dispositive motions is **Friday, July 10, 2026.**

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**