**ZARWIN, BAUM, DeVITO, KAPLAN, SCHAER, P.C.**
**BY:  SCOTT ZLOTNICK, ESQUIRE**
**ID NO.: 327425**
**2005 Market Street, 16th Floor**
**PHILADELPHIA, PA 19103**
**215-569-2800 / 215-569-1606 (fax)**
szlotnick@zarwin.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY V. MANCO, Ph.D., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 5:22-CV-00285 |
| | : | |
| ST. JOSEPH'S UNIVERSITY, | : | |
| HADASSAH COLBERT, KARLEIGH | : | |
| LOPEZ, AND DR. CHERYL | : | |
| MCCONNELL | : | |
| | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF WITHDRAWAL**

**TO THE CLERK:**

Kindly withdraw the appearance of Scott Zlotnick, Esquire as co-counsel for Plaintiff, Gregory V. Manco, Ph.D.

Respectfully submitted,

**ZARWIN, BAUM, DeVITO,**
**KAPLAN, SCHAER, P.C.**

**BY**    /s/ *Scott Zlotnick*
**Scott Zlotnick**

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on this 13th day of July, 2026, I caused a true and correct copy of the

foregoing Notice of Withdrawal on all counsel of record by filing it electronically via ECF.

ZARWIN, BAUM, DeVITO,
KAPLAN, SCHAER, P.C.

BY    /s/ *Scott Zlotnick*
     **Scott Zlotnick**