**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| GREGORY V. MANCO Ph.D., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ST. JOSEPH'S UNIVERSITY, et al. | : |
| | : |
| Defendants. | : |

**CASE NO. 5:22-cv-00285-JLS**

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Defendants Saint Joseph's University and Dr. Cheryl McConnell (the "Saint Joseph's Defendants") Unopposed Motion for Leave to Exceed the Page Limit, and because good cause has been shown, it is hereby **ORDERED** that the Saint Joseph's Defendants may file the Reply in Support of Motion for Summary Judgment not exceeding twenty-five (25) pages, excluding the table of contents and table of authorities.

**BY THE COURT:**

_____
The Hon. Jeffrey L. Schmehl

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| GREGORY V. MANCO Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> ST. JOSEPH'S UNIVERSITY, et al. <br><br> Defendants. | **CASE NO. 5:22-cv-00285-JLS** |

**DEFENDANTS SAINT JOSEPH'S UNIVERSITY AND DR. CHERYL MCCONNELL'S
UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THE
REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Saint Joseph's University and Dr. Cheryl McConnell (collectively, the "Saint Joseph's Defendants"), by and through their undersigned attorneys, respectfully move this Court for leave to the exceed page limit for their reply brief in support of the Saint Joseph's Defendants' motion for summary judgment, and in support thereof state the following:

1. Dispositive motions were due to be filed by Friday, March 13, 2026. ECF No. 241.

2. Pursuant to an agreement among the parties, replies to a party's dispositive motion must be filed no later than July 24, 2026. ECF No. 263.

3. Pursuant to this Court's Policies and Procedures, "[r]eply briefs…shall be limited to ten pages." Hon. Jeffrey L. Schmehl's Policies and Procedures, Section II.C.2.

4. Further, as to legal briefs, "a motion to exceed the page limit should be filed, setting forth good cause for granting an exception." Hon. Jeffrey L. Schmehl's Policies and Procedures, Section II.C.3.

5.      The Saint Joseph's Defendants seek leave to file a reply not to exceed twenty-five (25) pages in support of their Motion for Summary Judgment, which exceeds the applicable page limit by fifteen (15) pages.

6.      Good cause exists for the Saint Joseph's Defendants' request.

7.      Plaintiff sought, and was granted, the ability to file forty-five (45) pages in opposition to Defendants' Motion for Summary Judgment.

8.      The Saint Joseph's Defendants intend to be diligent and intend to make reasonable efforts to present their arguments concisely, but additional pages are necessary to properly address the factual allegations and legal theories raised in Plaintiff's Opposition.

9.      Granting this request will not prejudice the Plaintiff and will assist the Court by ensuring that all relevant arguments are presented in a clear and organized manner.

10.     The Saint Joseph's Defendants have conferred with Plaintiff's counsel Scott Zlotnick regarding this Motion, Plaintiff consents to the Saint Joseph's Defendants Motion, and does not intend to oppose the Saint Joseph's Defendants Motion.

**WHEREFORE**, for the reasons set forth above, the Saint Joseph's Defendants have demonstrated good cause for an extension of the page limit and move this Court to permit the Saint Joseph's Defendants to submit a reply in support of their Motion for Summary Judgment of up to twenty-five (25) pages. A proposed order is attached.

Respectfully submitted,

Date: July 20, 2026                              **TUCKER LAW GROUP, LLC**

*/s/ Candice Kearney*
Candice Kearney, Esq.
Yuliya Khromyak, Esq.
100 N. 20th Street, Suite 301
Philadelphia, PA 19103
(215) 875-0609
*Counsel for Defendants Saint Joseph's*
*University and Dr. Cheryl McConnell*

## <u>CERTIFICATE OF SERVICE</u>

I, Candice Kearney, Esquire, hereby certify that I caused to be served a true and correct copy of the foregoing document to the following counsel of record via the Court's electronic filing system:

Joseph M. Toddy, Esquire
**MARSHALL DENNEHEY**
2000 Market Street
Suite 2300
Philadelphia, PA 19103
*Attorney for Plaintiff*

Deniz Uzel Reilly, Esquire
Sarah Myirski, Esquire
**FISHER & PHILLIPS, LLP**
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
*Attorney for Defendants,*
*Hadassah Colbert, Kiernan Loue,*
*Karleigh Lopez, Erin Fahey and*
*Corrine McGrath and Lynly Carman*

*/s/ Candice Kearney*
Candice Kearney, Esq.

Dated: July 20, 2026