

July 30, 2026

**VIA EMAIL AND CM/ECF**
The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building
201 Penn Street, Suite 518
Reading, PA 19601
Chambers_of_Judge_Jeffrey_L_Schmehl@paed.uscourts.gov

   **RE:**  **Manco v. Saint Joseph's University, et. al.,**
       **E.D. Pa No: 5:22-cv-00285-JLS**

Dear Judge Schmehl:

Defendants Saint Joseph's University, Dr. Cheryl McConnell, Haddasah Colbert, and Karleigh Lopez ("Defendants") respectfully submit this letter to request guidance from the Court and to request an extension of time to file an opposition to the Motion to Unseal the Summary Judgment Record filed by a third party, docketed under ECF No. 272.

During the status conference held before Your Honor on December 11, 2025, the Court instructed the parties that all dispositive motions, oppositions to any dispositive motions, and all accompanying exhibits, must be filed under seal, unless further ordered by the Court. Pursuant to the Court's direction, the parties filed their respective summary judgment documents under seal. See ECF Nos. 251-54, 257-60, 267-68, 270.

On July 28, 2026, a third party filed a Motion to Unseal the Summary Judgment Record (the "Motion"), seeking to unseal the parties' summary judgment filings in ECF Nos. 251-54, 257-60, 267-68. See ECF No. 272. The docket entries that the Motion requests this Court to make public contain at least one hundred and seventy documents that include over four thousand pages. Currently, the deadline for Defendants to file their opposition to this Motion is Tuesday, August 11, 2026.

To properly oppose the Motion, Defendants must scrupulously review and analyze each page of each document filed under seal, determine which specific information contained therein that requires further protection from public access, and provide the Court with detailed reasons as to their continued protection. See, e.g., United States v. Criden, 648 F.2d 814 (3d Cir. 1981); In re Avandia Mktg., Sales Practices & Prods. Liab. Litig., 924 F.3d 662 (3d Cir. 2019). Given the substantial review and analysis that Defendants must undertake, Defendants request that the Court extend the deadline for their submission of their opposition by thirty days to September 10, 2026.

The Honorable Jeffrey L. Schmehl
July 30, 2026
Page 2

Defendants respectfully request that the Court grant their request to extend the deadline for their opposition to the third party's Motion to Unseal the Summary Judgment Record  (ECF No. 272) and enter the enclosed proposed Order.

Respectfully submitted,

Candice Kearney, Esq.

cc: All Counsel of Record (via e-mail)