## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY V. MANCO Ph.D.,                    :
                                           :        CIVIL ACTION
                              *Plaintiff*,  :
             v.                            :        NO. 5:22-cv-00285-JLS
                                           :
ST. JOSEPH'S UNIVERSITY, et al.,           :
                                           :
                              *Defendants*. :
                                           :

## ORDER

**AND NOW**, this 4th day of August, 2026, **IT IS HEREBY ORDERED** that Defendants Saint Joseph's University, Dr. Cheryl McConnell, Haddasah Colbert, and Karleigh Lopez shall file an opposition to Motion to Unseal the Summary Judgment Record (ECF No. 272) on or by **Thursday, September 10, 2026.**

                                        BY THE COURT:


                                        */s/ Jeffrey L. Schmehl*
                                        **JEFFREY L. SCHMEHL**
                                        United States District Court Judge