**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY V. MANCO Ph.D., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

**AND NOW**, this 6th day of August, 2026, **IT IS HEREBY ORDERED** that a **VIDEO STATUS CONFERENCE** shall be held **Monday, August 17, 2026, at 1:30 PM**. The Court will provide access instructions prior to the conference under separate cover.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**