**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY V. MANCO Ph.D., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 11th day of August, 2026, **IT IS HEREBY ORDERED** that the

**VIDEO STATUS CONFERENCE** scheduled for August 17, 2026 is **RESCHEDULED** to

**Friday, August 21, 2026, at 10:30 AM**. The Court will provide access instructions prior to the

conference under separate cover.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**