**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY V. MANCO Ph.D., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

**AND NOW**, this 21st day of August, 2026, **IT IS HEREBY ORDERED** that a status of counsel hearing shall be held on **Friday, September 18, 2026, at 11:00 AM** in the Courtroom of the undersigned, The Gateway Building, 201 Penn Street, Fifth Floor, Reading, Pennsylvania.

**IT IS FURTHER ORDERED** that all current counsel of record and each of Plaintiff's former counsel of record from the law firm Zarwin Baum DeVito Kaplan Schaer & Toddy, P.C., including Mr. Joseph M. Toddy, Esq. and Mr. John Patrick McAvoy, Esq., are required to appear in person or **risk contempt of Court or other sanctions**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**