**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY V. MANCO Ph.D., Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 5:22-cv-00285-JLS |
| ST. JOSEPH'S UNIVERSITY, et al., Defendants. | : | |

**ORDER**

**AND NOW**, this 9th day of September 2026, following John P. McAvoy's letter to the Court relating to the Court's August 21, 2026, Order (Dkt. No. 281), **IT IS HEREBY ORDERED** that John P. McAvoy is excused from attending the September 18, 2026, status conference. All other counsel of record and Plaintiff's remaining former counsel of record from the law firm Zarwin Baum DeVito Kaplan Schaer & Toddy, P.C. are required to appear in person or risk contempt of Court or other sanctions.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**