# EXHIBIT A

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| 251-1 | Defendants Saint Joseph's University and Dr. Cheryl McConnell's (the "Saint Joseph's Defendants") Joint Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment ("MSJ") | --- | Defendants propose redactions of the following: ¶49 (Colbert's Complaint); ¶74 (Colbert's social media handle); ¶79 (name of alumni); ¶80 (name of student); ¶83 (first and last sentence of first block paragraph; first sentence of second block paragraph); ¶86 (name of alumni, medical treatment information); ¶87 (name of student); ¶¶115-116 (name of student); ¶¶118-119 (name of student); ¶121 (name of student); ¶¶123-124 (name of student); ¶¶129-135 (name of student); ¶141 (names of students and alumni other than Colbert and Lopez); ¶153 (names of students); and ¶157 (name of alumni other than Colbert and Lopez), as either FERPA-protected or personally identifiable information. |
| 251-2 | Exhibit 1 to Saint Joseph's Defendants' MSJ | Lexi Morrison Deposition Transcript Testimony | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 251-3 | Exhibit 2 to Saint Joseph's Defendants' MSJ | Nicole Stokes, Ph.D. Deposition Transcript Testimony | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (FERPA and PII of non-parties); testimony regarding Hadassah Colbert's accounts of her educational experiences while a student at SJU and her grade in Plaintiff's class (FERPA). |
| 251-4 | Exhibit 3 to Saint Joseph's Defendants' MSJ | Cheryl McConnell, Ph.D. Deposition Transcript Testimony | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 251-5 | Exhibit 4 to Saint Joseph's Defendants' MSJ | Zenobia Lane Deposition Transcript testimony | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 251-6 | Exhibit 5 to Saint Joseph's Defendants' MSJ | Kristopher Tapp, Ph.D. Deposition Transcript Testimony | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 251-7 | Exhibit 6.1 to Saint Joseph's Defendants' MSJ | Gregory Manco Deposition Transcript Testimony (Day 1) | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| 251-8 | Exhibit 6.2 to Saint Joseph's Defendants' MSJ | Gregory Manco Deposition Transcript Testimony (Day 2) | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties); testimony regarding Hadassah Colbert's grades (FERPA); testimony regarding non-party students' or alumni names, grades, medical conditions (FERPA and PII of non-parties). |
| 251-9 | Exhibit 6.3 to Saint Joseph's Defendants' MSJ | Gregory Manco Transcript Testimony (Day 3) | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties); testimony regarding Hadassah Colbert's grades (FERPA); testimony regarding non-party students' or alumni names, grades, medical conditions (FERPA and PII of non-parties). |
| 251-16 | Exhibit 13 to Saint Joseph's Defendants' MSJ | Email to Saint Joseph's University (01/22/2021) and attachments thereto. | Defendants propose redactions of the following: content of the email on the first page of this exhibit to the extent that it represents the individual's accounts of her educational experiences while a student at Saint Joseph's University (FERPA); personally identifiable information relating to the student/alumni, including email address (FERPA); and non-party student email addresses (FERPA and PII of non-parties). |
| 251-17 | Exhibit 14 to Saint Joseph's Defendants' MSJ | Hadassah Colbert Deposition Transcript Testimony | Defendants propose redactions of the following: names and other personally identifiable information of non-parties (PII of non-parties). |
| 251-18 | Exhibit 15 to Saint Joseph's Defendants' MSJ | Lexi Morrison email to Kristopher Tapp (01/22/2021) | Defendants propose redactions of the following: apply the same redactions to the January 22, 2021 email sent at 4:12 PM that are applied to SJU's Exhibit 13 (ECF No. 251-16). Namely, redact text to the extent that it represents the individual's accounts of her educational experiences while a student at SJU, as FERPA-protected. |
| 251-19 | Exhibits 16 to Saint Joseph's Defendants' MSJ | Shaily Menon email to Cheryl McConnell (01/22/2021) | Defendants propose redactions of the following: apply the same redactions to the January 22, 2021 email sent at 4:12 PM that are applied to SJU's Exhibit 13 (ECF No. 251-16). Namely, redact text to the |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| | | | extent that it represents the individual's accounts of her educational experiences while a student at SJU, as FERPA-protected. |
| 251-20 | SJU's Exhibit 17 to Saint Joseph's Defendants' MSJ | Lexi Morrison email to Nicole Stokes (01/25/2021) | Defendants propose redactions of the following: apply the same redactions to the January 22, 2021 email sent at 4:12 PM that are applied to SJU's Exhibit 13 (ECF No. 251-16). Namely, redact text to the extent that it represents the individual's accounts of her educational experiences while a student at SJU, as FERPA-protected. |
| 251-22 | Exhibit 19, Part 1 to Saint Joseph's Defendants' MSJ | Investigation Report (Full) | Defendants propose redactions of the following: names of non-party students; race and gender of non-party students; emails and phone numbers of non-party students; grades of non-party students; non-party students' social media handles; medical condition of non-party students; Karleigh Lopez's social media handles; Hadassah Colbert's social media handles; Hadassah Colbert's email address and phone number; Hadassah Colbert's grades; Hadassah Colbert's and non-parties' accounts of their educational experiences while a student at Saint Joseph's University (FERPA). |
| 251-23 | Exhibit 19, Part 2 to Saint Joseph's Defendants' MSJ | Investigation Report (Full) | Defendants propose redactions of the following: Karleigh Lopez's social media handles; Hadassah Colbert's social media handles; Hadassah Colbert's photos; Karleigh Lopez's photos; Hadassah Colbert's email address; Hadassah Colbert's medical condition; Hadassah Colbert's grades; names of non-party students; race and gender of non-party students; emails and phone numbers of non-party students; grades of non-party students; non-party students' social media handles; photos of non-party students; and medical condition of non-party students; Hadassah Colbert's and non-parties' accounts of their educational experiences as students in Plaintiff's classroom while at Saint Joseph's University (FERPA). |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| 251-24 | Exhibit 19, Part 3 to Saint Joseph's Defendants' MSJ | Investigation Report (Full) | Defendants propose redactions of the following information: non-party student names, email addresses and phone numbers; student IDs; student grades (both non-party and Hadassah Colbert's); a non-party student's photo, hometown and high school; Karleigh Lopez's social media handle; a non-party student's social media handles; a non-party's medical condition; first and last sentence of first block paragraph, and first sentence of second block paragraph on SJU_MANCO_1227 and SJU_MANCO_1247; race and gender of non-party students; Hadassah Colbert's email address and phone number; Karleigh Lopez's email address and phone number; and Hadassah Colbert's social media handle; Hadassah Colbert's and non-parties' accounts of their educational experiences as students in Plaintiff's classroom while at Saint Joseph's University (FERPA). |
| 251-26 | Exhibit 20 to Saint Joseph's Defendants' MSJ | Notes re: Intake Interview | Defendants propose redactions of the following information: non-party student names, grades, race and gender; Hadassah Colbert's medical condition; Hadassah Colbert's grades; and Hadassah Colbert's accounts of her educational experiences while a student at Saint Joseph's University (PII and FERPA). |
| 251-27 | Exhibit 21 to Saint Joseph's Defendants' MSJ | Lexi Morrison email to Kristopher Tapp (01/29/2021) | Defendants propose redactions of the following: apply the same redactions to the January 22, 2021 email sent at 4:12 PM that are applied to SJU's Exhibit 13 (ECF No. 251-16). Namely, redact text to the extent that it represents the individual's accounts of her educational experiences while a student at SJU, as FERPA-protected. |
| 251-31 | Exhibit 25 to Saint Joseph's Defendants' MSJ | Tenisha McDowell email (02/19/2021) | Defendants propose redactions of the following information: personally identifiable information for this individual, including email address, phone number, and name due to safety concerns. |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| 251-33 | Exhibit 27 to Saint Joseph's Defendants' MSJ | Karleigh Lopez Deposition Transcript Testimony | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 251-34 | Exhibit 28 to Saint Joseph's Defendants' MSJ | TikTok Video re: Manco's tweets | Defendants suggest keeping this native document sealed as it includes personally identifying information for individual defendant, including her TikTok handle (safety concerns). |
| 251-35 | Exhibit 29 to Saint Joseph's Defendants' MSJ | Screenshots from TikTok re: Manco's racist tweets | Defendants propose redactions of the following information: Karleigh Lopez's social media handle (safety concerns). |
| 251-36 | Exhibit 30 to Saint Joseph's Defendants' MSJ | Karleigh Lopez Instagram Story Posts re: Manco's racist tweets | Defendants propose redactions of the following information: Karleigh Lopez's social media handle and images of party defendants (safety concerns). |
| 251-40 | Exhibit 34 to Saint Joseph's Defendants' MSJ | Non-Party Student Deposition Transcript | Defendants propose redactions of the following information: non-party student names, grades, race and gender, including that of the deponent (PII). |
| 251-43 | Exhibit 37 to Saint Joseph's Defendants' MSJ | Non-Party Student Email to Dr. McConnell | Defendants propose redactions of the following information: non-party former students' names, phone numbers, and email addresses (PII of non-parties). |
| 251-44 | Exhibit 38 to Saint Joseph's Defendants' MSJ | Gail Benner email to Lexi Morrison (02/22/2021) | Defendants propose redactions of the following information: non-party former student's name (PII of non-parties). |
| 251-45 | Exhibit 39 to Saint Joseph's Defendants' MSJ | Plaintiff email to Non-Party Student | Defendants propose redactions of the following information: non-party former students' names and phone numbers (PII of non-parties). |
| 251-46 | Exhibit 40 to Saint Joseph's Defendants' MSJ | Nicole Stokes email to Lexi Morrison (02/22/2021) | Defendants propose redactions of the following information: non-party former student's name (PII of non-parties). |
| 251-50 | Exhibit 43.2 to Saint Joseph's Defendants' MSJ | Lexi Morrison's Notes | Defendants propose redactions of the following information: Hadassah Colbert's email address; Karleigh Lopez's email address; and non-party students' names and email addresses (safety concerns and PII). |
| 251-53 | Exhibit 46 to Saint Joseph's Defendants' MSJ | Renee Smith, Esquire Deposition Transcript Testimony | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| 251-54 | Exhibit 47 to Saint Joseph's Defendants' MSJ | Renee Smith Billing for Investigation | Defendants propose redactions of the following information: non-party former students' names (PII). |
| 251-55 | Exhibit 48 to Saint Joseph's Defendants' MSJ | Summary of Investigation | Defendants propose redactions of the following: names of non-party students; race and gender of non-party students; emails and phone numbers of non-party students; grades of non-party students; non-party students' social media handles; medical condition of non-party students; Karleigh Lopez's social media handles; Hadassah Colbert's social media handles; Hadassah Colbert's email address and phone number; Hadassah Colbert's grades; party and non-party accounts of educational experiences of students while in Plaintiff's classroom at Saint Joseph's University (FERPA and PII). |
| 251-62 | Exhibit 55 to Saint Joseph's Defendants' MSJ | Samuel Smith, Ph.D. Deposition Transcript Testimony | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 251-66 | Exhibit 59 to Saint Joseph's Defendants' MSJ | Gregory Manco DM's with Non-Party Student/Alumni | Defendants propose redactions of the following information: non-party student/alumni's name and Hadassah Colbert's social media handle (PII and safety concerns). |
| 252 | Hadassah Colbert Brief in Support of MSJ | --- | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties); medical information of non-parties; social media handles of parties and non-parties (safety concerns and PII). |
| 252 | Hadassah Colbert MSJ – Exhibit A | Plaintiff Deposition Transcript Testimony – Excerpts | Defendants propose redactions of the following information: non-party student's name. |
| 252 | Hadassah Colbert MSJ – Exhibit B | Non-Party Twitter/X Message | Defendants propose redactions of the following information: Karleigh Lopez's social media handle. |
| 252 | Hadassah Colbert MSJ – Exhibit C | Chart of Speech that Plaintiff puts at issue | Defendants propose redactions of the following information: names of non-party students and alumni. |
| 253 | Karleigh Lopez Brief in Support of MSJ | --- | Defendants propose redactions of the following: names and other personally identifiable information of non-party |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| | | | students and alumni (PII of non-parties); medical information of non-parties; personally identifiable information of parties, including social media handles (safety concerns and PII). |
| 253 | Karleigh Lopez MSJ – Exhibit A | Plaintiff Deposition Transcript Testimony – Excerpts | Defendants propose redactions of the following information: name of non-party student. |
| 253 | Karleigh Lopez MSJ – Exhibit B | Non-Party Twitter/X Message | Defendants propose redactions of the following information: Karleigh Lopez's social media handle. |
| 253 | Karleigh Lopez MSJ – Exhibit C | Chart of Speech that Plaintiff puts at issue | Defendants propose redactions of the following information: names of non-party students and alumni. |
| 254 | Joint Statement by Hadassah Colbert & Karleigh Lopez | --- | Defendants propose redactions of the following: non-party students' names and medical conditions; Karleigh Lopez's social media handles; Hadassah Colbert's social media handles, personally identifying information of non-parties (PII and safety concerns). |
| 254 | Exhibit 2 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Plaintiff Day 2 Deposition Transcript Testimony – Excerpts | Defendants propose redactions of the following: non-party students' names; grades and medical conditions of former students (PII and FERPA). |
| 254 | Exhibit 3 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Plaintiff Day 1 Deposition Transcript Testimony – Excerpts | Defendants propose redactions of the following: non-party students' names and non-party's phone number (PII). |
| 254 | Exhibit 10 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Non-Party Student/Alumni Deposition Transcript | Defendants propose redactions of the following: non-party student's name, including deponent (PII and safety concerns). |
| 254 | Exhibit 11 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Plaintiff's email re: Biden Visit | Defendants propose redactions of the following: non-party students' email addresses. |
| 254 | Exhibit 12 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Hadassah Colbert Day 2 Deposition Transcript Testimony – Excerpts | Defendants propose redactions of the following: non-party students' names (PII). |
| 254 | Exhibit 13 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Manco Email to Non-Party Student/Alumni | Defendants propose that this document remain sealed as it is entirely related to a non-party's medical condition and her interactions with her professor regarding |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| | | | same during the time that she was a student (FERPA). |
| 254 | Exhibit 14 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Non-Party Student/Alumni Deposition Transcript | Defendants propose redactions of the following: non-party students' names and non-party student's medical condition, diagnosis, symptoms, and treatment, including personally identifying information for the deponent. |
| 254 | Exhibit 15 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Plaintiff's Email to Non-Party Student/Alumni | Defendants propose that this document remain sealed as it is entirely related to a non-party's medical condition and her interactions with her professor during the time that she was a student (FERPA). |
| 254 | Exhibit 16 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Karleigh Lopez Depo Excerpts | Defendants propose redactions of the following: non-party students' names, non-party students' medical condition(s), Karleigh Lopez's social media handles; and Hadassah Colbert's social media handles (PII and safety concerns). |
| 254 | Exhibit 19 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Non-Party Student/Alumni Deposition Transcript | Defendants propose redactions of the following: non-party students' names and non-party student's medical condition, diagnosis, symptoms, and treatment, including the deponent. |
| 254 | Exhibit 20 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Bias Report | Defendants propose redactions of the following: non-party student's name, email address, and phone number. |
| 254-1 | Exhibit 21 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Renee Smith Report | Defendants propose redactions of the following: names of non-party students; race and gender of non-party students; emails and phone numbers of non-party students; grades of non-party students; non-party students' social media handles; medical condition of non-party students; Karleigh Lopez's social media handles; Hadassah Colbert's social media handles; Hadassah Colbert's email address and phone number; Hadassah Colbert's grades; Hadassah Colbert's accounts of her educational experiences while a student at Saint Joseph's University (FERPA and PII). |
| 254-1 | Exhibit 22 to Joint Statement by Hadassah Colbert & Karleigh Lopez | 1/22/21 Email and Attachments | Defendants propose redactions of the following: content of the email on the first page of this exhibit to the extent that it represents the individual's accounts of her |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| | | | educational experiences while a student at SJU (FERPA); personally identifiable information relating to the individual, including her name, phone number, and email address (PII and safety concerns). |
| 254-1 | Exhibit 23 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Tweets re: Plaintiff's Grading | Defendants propose redactions of the following: Hadassah Colbert's social media handle (safety concerns). |
| 254-1 | Exhibit 24 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Twitter DM re: Plaintiff's Class | Defendants propose redactions of the following: Hadassah Colbert's social media handle (safety concerns). |
| 254-1 | Exhibit 26 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Instagram DM re: Plaintiff Twitter Thread | Defendants propose redactions of the following: Hadassah Colbert's social media handle and personally identifying images/photos (safety concerns). |
| 254-1 | Exhibit 27 to Joint Statement by Hadassah Colbert & Karleigh Lopez | L. Morrison's Notes of Intake Interview | Defendants propose redactions of the following: non-party student names, grades, race and gender; Hadassah Colbert's medical condition; Hadassah Colbert's grades; and Hadassah Colbert's accounts of her educational experiences while a student at Saint Joseph's University |
| 254-1 | Exhibit 28 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Lexi Morrison Deposition Transcript Testimony - Excerpts | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 254-1 | Exhibit 29 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Colbert Instagram Story of Plaintiff Tweet with Commentary | Defendants propose redactions of the following: Hadassah Colbert's social media handle and personally identifying images/photos (safety concerns). |
| 254-1 | Exhibit 32 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Lopez Tweets in to SJU re Plaintiff | Defendants propose redactions of the following: Karleigh Lopez's social media handle (safety concerns). |
| 254-1 | Exhibit 33 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Lopez TikTok re: Plaintiff Tweets | Defendants propose redactions of the following: Karleigh Lopez's social media handle (safety concerns). |
| 254-1 | Exhibit 34 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Screenshots of Lopez's TikTok re: Plaintiff | Defendants propose redactions of the following: Karleigh Lopez's social media handle (safety concerns). |
| 254-1 | Exhibit 35 to Joint Statement by | Lopez Instagram Story re: Repost of | Defendants propose redactions of the following: Karleigh Lopez's social media |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| | Hadassah Colbert & Karleigh Lopez | Colbert's Story with Commentary | handle and images/photos (safety concerns). |
| 254-1 | Exhibit 36 to Joint Statement by Hadassah Colbert & Karleigh Lopez | DMs from Student re: Plaintiff's Behavior | Defendants propose redactions of the following: non-party student/alumni's name and social media handle and images/photos (PII safety concerns). |
| 254-1 | Exhibit 37 to Joint Statement by Hadassah Colbert & Karleigh Lopez | DMs from Student re: Plaintiff | Defendants propose redactions of the following: non-party student/alumni's name, images, and social media handle (PII and safety concerns). |
| 254-1 | Exhibit 38 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Colbert Instagram Stories re: Plaintiff's tweets | Defendants propose redactions of the following: Hadassah Colbert's social media handle and images/photos (safety concerns). |
| 254-1 | Exhibit 40 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Twitter DMs re: Experience with Plaintiff | Defendants propose redactions of the following: student/alumni's names, images, and social media handles (PII and safety concerns). |
| 254-2 | Exhibit 41 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Excerpt from Plaintiff's Charge of Discrimination (EEOC) | Defendants propose redactions of the following: Hadassah Colbert's social media handle and image (safety concerns). |
| 254-2 | Exhibit 42 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Plaintiff Email with Twitter Screenshot | Defendants propose redacting personally identifiable information for former students, including social media names and images (safety concerns and PII). |
| 254-2 | Exhibit 43 to Joint Statement by Hadassah Colbert & Karleigh Lopez | February 22, 2021 Screen Recording | Defendants propose keeping this record sealed because it includes personally identifying information of a former student, including their name, references medical conditions of former students, and speaks to the educational experiences of students (PII and safety concerns). |
| 254-2 | Exhibit 44 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Instagram DMs to the Hawk re: Plaintiff Tweets | Defendants propose redactions of the following: Hadassah Colbert's/Karleigh Lopex's social media handles and images (safety concerns). |
| 254-2 | Exhibit 45 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Instagram DM Exchange re: Plaintiff | Defendants propose redactions of the following: Hadassah Colbert's/Karleigh Lopez's social media handles and personally identifying images/photos. |
| 254-2 | Exhibit 46 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Gregory Manco email to Student (Thread) | Defendants propose redactions of the following: non-party students' names and email addresses. |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| 254-2 | Exhibit 47 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Non-Party Student/Alumni Deposition Transcript Testimony | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 254-2 | Exhibit 48 to Joint Statement by Hadassah Colbert & Karleigh Lopez | DMs/Tweets re: Reporting Students | Defendants propose redactions of the following: personally identifiable information for former students, including social media handles (PII and safety concerns). |
| 254-3 | Exhibit 51 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Declaration of Karleigh Lopez | Defendants propose redactions of the following: Hadassah Colbert's/Karleigh Lopez's social media handles (safety concerns). |
| 254-3 | Exhibit 52 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Bias Reports – AYO | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni including email addresses and phone numbers (FERPA and PII of non-parties); content of the bias reports to the extent that they represent the individual's accounts of their educational experiences while a student at Saint Joseph's University (FERPA). |
| 254-3 | Exhibit 53 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Declaration of Hadassah Colbert | Defendants propose redactions of the following: Hadassah Colbert's/Karleigh Lopez's social media handles (safety concerns). |
| 254-3 | Exhibit 54 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Excerpt from Plaintiff's Charge of Discrimination (EEOC) | Defendants propose redactions of the following: Hadassah Colbert's social media handle (safety concern). |
| 254-9 | Exhibit 73 to Joint Statement by Hadassah Colbert & Karleigh Lopez | Chart of Speech that Plaintiff puts at issue | Defendants propose redactions of the following information: names of non-party students and alumni. |
| 257 | Pl. Response in Opposition to Lopez | --- | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (FERPA and PII of non-parties); medical information of non-party students/alumni (FERPA); and social media handles of Karleigh Lopez and Hadassah Colbert (PII and safety concerns). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 1 | Karleigh Lopez Deposition Transcript Testimony Excerpts | Defendants propose redactions of the following: names and other personally |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| | | | identifiable information of non-party students and alumni (PII of non-parties). |
| 257-1 | Pl. Response in Opposition to Lopez – Exhibit 2 | Karleigh Lopez Instagram Story Post | Defendants propose redactions to the following: image of Karleigh Lopez (safety concerns). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 4 | Karleigh Lopez Instagram Story Post | Defendants propose redactions of the following: Hadassah Colbert's and Karleigh Lopez's social media handles (safety concerns). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 5 | Karleigh Lopez DM | Defendants propose redactions of the following: Hadassah Colbert's and Karleigh Lopez's social media handles (safety concerns). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 9 | Lexi Morrison Notes re: Investigation | Defendants propose redactions of the following information: Hadassah Colbert's email address; Karleigh Lopez's email address; and non-party students' names and email addresses (PII, FERPA, and safety concerns). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 11 | Karleigh Lopez DMs re: Plaintiff's Twitter Thread | Defendants propose redactions of the following: personally identifiable information for former students including social media handles and telephone number (safety concerns). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 12 | Karleigh Lopez Instagram Stories | Defendants propose redactions of the following: Hadassah Colbert's and Karleigh Lopez's social media handles (safety concerns). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 13 | The Hawk DMs to Karleigh Lopez | Defendants propose redactions of the following: Hadassah Colbert's and Karleigh Lopez's social media handles; and non-party's phone number (PII and safety concerns). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 15 | Karleigh Lopez Instagram Story | Defendants propose redactions of the following: Hadassah Colbert's and Karleigh Lopez's social media handles (safety concerns). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 16 | Karleigh Lopez DMs | Defendants propose redactions of the following: Karleigh Lopez's social media handle; and third-party student/alumni's name and social media handle (PII and safety concerns). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 17 | Karleigh Lopez DMs | Defendants propose redactions of the following: Karleigh Lopez's social media handle; and third-party student/alumni's |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| | | | name and social media handle (safety concerns and PII). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 18 | Karleigh Lopez DMs | Defendants propose redactions of the following: Karleigh Lopez's social media handle; and third-party student/alumni's name and social media handle (PII and safety concerns). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 19 | Tik Tok Video | Defendants propose keeping this document under seal as it contians personally identifiable information for former students, including images and social media handles. |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 22 | Karleigh Lopez DMs | Defendants propose redactions of the following: Karleigh Lopez's social media handle; and third-party student/alumni's name and social media handle (PII and safety concerns). |
| 257-1 | Pl. Response in Opposition to Lopez - Exhibit 24 | Hadassah Colbert DMs | Defendants propose redactions of the following: Hadassah Colbert's social media handle; and third-party student/alumni's name and social media handle (PII and safety concerns). |
| 258 | Pl. Response in Opposition to Colbert | --- | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (FERPA and PII of non-parties); students/alumni's medical conditions and grades (FERPA and PII). |
| 258-1 | Pl. Response in Opposition to Colbert - Exhibit 1 | Hadassah Deposition Transcript Testimony – Excerpts | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 2 | Smith Full Investigation Report (Unredacted - AYO) | Defendants propose redactions of the following: names of non-party students; race and gender of non-party students; emails and phone numbers of non-party students; grades of non-party students; non-party students' social media handles; medical condition of non-party students; Karleigh Lopez's social media handles; Hadassah Colbert's social media handles; Hadassah Colbert's email address and phone number; Hadassah Colbert's grades; Hadassah Colbert's accounts of her educational experiences while a student at Saint Joseph's University (FERPA, PII, and safety concerns). |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 2.1 | Emails between Plaintiff and Non-Party pulled from Exhibits to Smith Full Investigation Report (Unredacted - AYO) | Defendants propose that this document remains sealed as it is entirely related to a non-party's medical condition and her interactions with her professor regarding same during the time that she was a student (FERPA). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 8 | Chart of Student Grades | FERPA-protected document and/or information. Either retain the seal over the entire document or redact all student names and grades. |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 10 | Colbert's Written Response to Smith pulled from Exhibits to Smith Full Investigation Report (Unredacted - AYO) | Defendants propose redactions of the following: names and email addresses and any other personally identifiable information of non-party students and alumni (FERPA and PII of non-parties); and discussion regarding grades of Plaintiff's former students and reference to the educational experiences of Plaintiff's former students while in his classroom (FERPA). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 11 | L. Morrison's Notes from Intake Interview | Defendants propose redactions of the following: non-party student names, grades, race and gender; Hadassah Colbert's medical condition; Hadassah Colbert's grades; and Hadassah Colbert's accounts of her educational experiences while a student at Saint Joseph's University (PII and FERPA). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 12 | PLAINTIFF003665 (Native File) | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (FERPA and PII of non-parties). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 13 | Colbert Messages with Non-Party Student | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 14 | Social media post about Lancaster Mennonite High School | Defendants propose redacting personally identifiable information of a former student, including name and class year (safety concerns). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 15 | Colbert's social media post about Lancaster Mennonite High School | Defendants propose redactions of the following: Hadassah Colbert's social media handles (safety concern). |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 16 | Colbert's social media post about Plaintiff | Defendants propose redactions of the following: Hadassah Colbert's social media handles and names and social media handles of non-party students/alumni (PII and safety concern). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 17 | Colbert's social media post about Plaintiff | Defendants propose redactions of the following: Hadassah Colbert's social media handles and names and social media handles of non-party students/alumni (PII and safety concern). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 18 | Colbert's social media post about Plaintiff | Defendants propose redactions of the following: Hadassah Colbert's social media handles and names and social media handles of non-party students/alumni (PII and safety concern). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 21 | Colbert's social media post about Plaintiff | Defendants propose redactions of the following: Hadassah Colbert's social media handles (safety concern). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 22 | Colbert's Recording of Conversation with Non-Party Student | Defendants propose keeping this native document under seal as it contains names and other personally identifiable information of non-party students and alumni (PII of non-parties and safety concerns). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 26 | L. Morrison's Notes re: Student Interviews | Defendants propose redactions of the following information: Hadassah Colbert's email address; Karleigh Lopez's email address; and non-party students' names and email addresses (PII, FERPA, and safety concerns). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 27 | Colbert Messages with Non-Party Student | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni such as social media handles (PII of non-parties). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 30 | Colbert Social Media Posts re: Plaintiff | Defendants propose redactions of the following: Hadassah Colbert's social media handles (safety concern). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 32 | Colbert Social Media Messages re: Plaintiff | Defendants propose redactions of the following: Hadassah Colbert's social media handles (safety concern). |
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 34 | Plaintiff Deposition Transcript Testimony – Excerpts | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (FERPA and PII of non-parties). |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| 258-1 | Pl. Response in Opposition to Colbert – Exhibit 38 | Draft of Full Investigation Report (Unredacted - AYO) | Defendants propose redactions of the following: names of non-party students; race and gender of non-party students; emails and phone numbers of non-party students; grades of non-party students; non-party students' social media handles; medical condition of non-party students; Karleigh Lopez's social media handles; Hadassah Colbert's social media handles; Hadassah Colbert's email address and phone number; Hadassah Colbert's grades; Hadassah Colbert's accounts of her educational experiences while a student at Saint Joseph's University (FERPA, PII, and safety concerns). |
| 259 | Pl. Response in Opposition to SJU | --- | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (FERPA and PII of non-parties). |
| 259-1 | Pl. Response in Opposition to SJU - Exhibit 3 | Montgomery McCracken Investigation Report (05/03/2021) | Defendants propose redactions of the following: names of non-party students; race and gender of non-party students; emails and phone numbers of non-party students; grades of non-party students; non-party students' social media handles; medical condition of non-party students; Karleigh Lopez's social media handles; Hadassah Colbert's social media handles; Hadassah Colbert's email address and phone number; Hadassah Colbert's grades; Hadassah Colbert's accounts of her educational experiences while a student at Saint Joseph's University (FERPA, PII, and safety concerns). |
| 259-1 | Pl. Response in Opposition to SJU - Exhibit 10 | Notes from Lexi Morrison re: Investigation | Defendants propose redactions of the following information: Hadassah Colbert's email address; Karleigh Lopez's email address; and non-party students' names and email addresses (PII, FERPA, and Safety Concerns). |
| 259-1 | Pl. Response in Opposition to SJU - Exhibit 11 | Montgomery McCracken Investigation Report (04/26/2021) | Defendants propose redactions of the following: names of non-party students; race and gender of non-party students; emails and phone numbers of non-party students; grades of non-party students; |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| | | | non-party students' social media handles; medical condition of non-party students; Karleigh Lopez's social media handles; Hadassah Colbert's social media handles; Hadassah Colbert's email address and phone number; Hadassah Colbert's grades; Hadassah Colbert's accounts of her educational experiences while a student at Saint Joseph's University (PII, FERPA, and Safety Concerns). |
| 259-1 | Pl. Response in Opposition to SJU - Exhibit 14 | Lexi Morrison Notes re: Investigation | Defendants propose redactions of the following information: non-party students' names and email addresses; and names and email addresses of parties (PII, FERPA, safety concerns). |
| 259-1 | Pl. Response in Opposition to SJU - Exhibit 15 | 01/22/21 Email to SJU, followed by Bias Reports and Excerpts of Social Media Activity | Defendants propose redactions of the following information: As to the 01/22/21 Email on the first page of this exhibit, redact content of the email to the extent that it represents the individual's accounts of her educational experiences while a student at SJU, as FERPA-protected. As it relates to social media activity, redact personally identifiable information of non-parties, including names, email addresses, and phone numbers (PII of non-parties). Redact social media handles of party defendants (safety concerns). |
| 259-1 | Pl. Response in Opposition to SJU - Exhibit 19 | Karleigh Lopez Instagram Story (02/19/2021) | Defendants propose redactions of the following: Karleigh Lopez's social media handles (safety concern). |
| 259-1 | Pl. Response in Opposition to SJU - Exhibit 26 | Screenshot Showing Student Editors Names (Hawk) | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 259-1 | Pl. Response in Opposition to SJU - Exhibit 28 | Non-Party Student/Alumni Deposition Transcript | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni, including deponent (PII of non-parties). |
| 259-1 | Pl. Response in Opposition to SJU - Exhibit 29 | The Hawk DM to Karleigh Lopez | Defendants propose redactions of the following: Karleigh Lopez's social media handles; faculty persona/home phone number (PII and safety concern). |

| Sealed Dkt No. | Document | Description | Reasoning for Maintaining Seal and/or Redacting Sealed Information |
|---|---|---|---|
| 259-1 | Pl. Response in Opposition to SJU - Exhibit 34 | Colbert_126 | Defendants propose retaining seal on this document, which is a recording that contains personally identifying information regarding a former student of Saint Joseph's University who is a non-party to this litigation. |
| 260 | Audio/Video Exhibits by plaintiff received original scan disk forwarded to chambers. | --- | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (FERPA and PII of non-parties). |
| 267 | Reply Brief ISO MSJ (Lopez) | --- | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 268 | Reply Brief ISO MSJ (Colbert) | --- | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni ( PII of non-parties). |
| 268-1 | Reply Brief ISO MSJ (Colbert)- Exhibit D | Hadassah Colbert Deposition Transcript Testimony | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (PII of non-parties). |
| 268-2 | Reply Brief ISO MSJ (Colbert) – Exhibit E | Lopez-Colbert Instagram DMs | Defendants propose redacting personally identifiable information for party defendants, including images, social media names, and handles (safety concerns). |
| 268-3 | Reply Brief ISO MSJ (Colbert)- Exhibit F | Plaintiff Deposition Transcript Testimony | Defendants propose redactions of the following: names and other personally identifiable information of non-party students and alumni (FERPA and PII of non-parties). |