**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY V. MANCO Ph.D., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 5:22-cv-00285-JLS |
| | : | |
| ST. JOSEPH'S UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

**AND NOW**, this 11th day of September 2026, following Candice Kearney's September 8, 2026, letter to the Court, **IT IS HEREBY ORDERED** that Candice Kearney is excused from attending the September 18, 2026, status of counsel hearing in person. Remote access information will be provided to Ms. Kearney under separate cover prior to the hearing.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**