# Inner City Press

September 12, 2026

Via Box

The Honorable Jeffrey L. Schmehl
United States District Court
Eastern District of Pennsylvania
504 W. Hamilton Street, Allentown, PA 18101

Re: Manco v. St. Joseph's University, 5:22-cv-00285-JLS — Response to Defendants' Proposed Order

Dear Judge Schmehl:

Inner City Press - or if necessary, the undersigned in his personal capacity as a journalist for Inner City Press - has reviewed the proposed order attached to Defendants' opposition and, while captioned as opposition, it in substance grants the great majority of the relief Inner City Press's motion sought. Inner City Press does not oppose entry of the proposed order as to the categories directed to be unsealed outright or provisionally unsealed subject to redaction, and appreciates Defendants' specificity in identifying which exhibits fall into which category.

Inner City Press asks for clarification on one narrow point: Paragraph 2 of the proposed order identifies eight exhibits as media or video files "containing personally identifying information of named parties (that cannot be redacted)." Inner City Press asks that Defendants briefly explain, as to each of these eight exhibits, why redaction, through blurring, muting, or other standard techniques used for video evidence , is not feasible, rather than full sealing, consistent with the narrow-tailoring standard this Court has applied to the remainder of the record.

Subject to that clarification, Inner City Press respectfully asks that the Court enter the proposed order.

Respectfully submitted,

/s/

Matthew Russell Lee
Journalist for Inner City Press

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Chinatown Station, Box 130222, New York, NY 10013