**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY V. MANCO Ph.D., Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 5:22-cv-00285-JLS |
| ST. JOSEPH'S UNIVERSITY, et al., Defendants. | : | |

## ORDER

**AND NOW**, this 14th day of September 2026, following Matthew Russell Lee's letter to the Court, Dkt. No. 286, **IT IS HEREBY ORDERED** that Defendants shall have until **Monday, September 21, 2026**, to explain why redaction is infeasible for each of the following media/video exhibits: Dkt. Nos. 251-34 (Ex. 28); 254 (Ex. 13); 254 (Ex. 15); 254-2 (Ex. 43); 257-1 (Ex. 19); 258-1 (Ex. 2.1); 258-1 (Ex. 22); 259-1 (Ex. 34).

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**