**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY V. MANCO,<br>Plaintiff,<br><br>v.<br><br>ST. JOSEPH'S UNIVERSITY, et al.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 5:22-cv-00285-JLS |

**ORDER**

**AND NOW**, this 22nd day of September 2026, following a status of counsel hearing and upon consideration of filed papers, *see* Dkt. Nos. 222, 223, 227, 238, 271, 272, 274, 284, 286, 288, **IT IS HEREBY ORDERED** as follows:

1. Gregory Manco's motions to modify the protective order, Dkt. Nos. 222, 223, are **DENIED** for the reasons given in the Court's accompanying memorandum;
2. Saint Joseph's University and Cheryl McConnell's motion for contempt, Dkt. No. 227, is **DENIED** for the reasons given in the Court's accompanying memorandum;
3. The motion to file a sur-reply, Dkt. No. 238, is **GRANTED**, and the sur-reply, Dkt. No. 238-1, is deemed **FILED**;
4. Joseph M. Toddy's appearance on behalf of Manco is **WITHDRAWN**;
5. Matthew Russell Lee's motion to unseal, Dkt. No. 272, is **GRANTED** as follows:
    a. The following records shall remain fully **SEALED**: Dkt. Nos. 258-1 (Ex. 8), 254 (Ex. 13), 254 (Ex. 15), 258-1 (Ex. 2.1);
    b. The media/video files that were provided in hardcopy to the Clerk of Court shall remain fully **SEALED**;
    c. Within 30 days of this Order, defendants shall redact, blur, or otherwise obscure personally identifiable information from the following media/video files, including

contact information, names, social media handles, and any personally identifying information of named parties contained in slip sheets and submit those revised Exhibits ("Redacted Media/Video Exhibits") to Judge Schmehl's Chambers: Dkt. Nos. 251-34 (Ex. 28); 254-1 (Ex. 33); 254-2 (Ex. 43); 257-1 (Ex. 19); 258-1 (Ex. 12); 258-1 (Ex. 22); 259-1 (Ex. 34);

d. Within 30 days of this Order, defendants shall redact FERPA-protected information and/or personally identifiable information of parties and nonparties from the following documents and submit those revised documents ("Redacted Paper Exhibits") to Judge Schmehl's Chambers: Dkt. Nos. 251-1, 251-2, 251-3, 251-4, 251-5, 251-6, 2517, 251-8, 251-9, 251-16, 251-17, 251-18, 251-19, 251-20, 251-22, 251-23, 251-24, 251-26, 251-27, 251-31, 251-33, 251-34, 251-35, 251-36, 251-40, 251-43, 251-44, 251-45, 251-46, 251-50, 251-53, 251-54, 251-55, 251-62, 251-66, 252 (Memorandum), 252 (Ex. A), 252 (Ex. B), 252 (Ex. C), 253 (Memorandum), 253 (Ex. A), 253 (Ex. B), 253 (Ex. C), 254 (Joint Statement of Undisputed Material Facts), 254 (Ex. 2), 254 (Ex. 3), 254 (Ex. 10), 254 (Ex. 11), 254 (Ex. 12), 254 (Ex. 14), 254 (Ex. 16), 254 (Ex. 20), 254-1 (Ex. 21), 254-1 (Ex. 22), 254-1 (Ex. 23), 2541 (Ex. 24), 254-1 (Ex. 26), 254-1 (Ex. 27), 254-1 (Ex. 28), 254-1 (Ex. 29), 254-1 (Ex. 32), 254-1 (Ex. 33), 254-1 (Ex. 34), 254-1 (Ex. 35), 254-1 (Ex. 36), 254-1 (Ex. 37), 254-1 (Ex. 38), 254-1 (Ex. 40), 254-2 (Ex. 41), 254-2 (Ex. 42), 254-2 (Ex. 43), 254-2 (Ex. 44), 254-2 (Ex. 45), 254-2 (Ex. 46), 254-2 (Ex. 47), 254-2 (Ex. 48), 2543 (Ex. 51), 254-3 (Ex. 52), 254-3 (Ex. 53), 254-3 (Ex. 54), 254-9 (Ex. 73), 257, 257-1 (Ex. 1), 257-1 (Ex. 2), 257-1 (Ex. 4), 257-1 (Ex. 5), 257-1 (Ex. 9), 257-1 (Ex. 11), 257-1 (Ex. 12), 257-1 (Ex. 13), 257-1 (Ex. 15), 257-1 (Ex. 16), 257-1 (Ex. 17), 257-1 (Ex. 18), 257-1 (Ex. 19), 257-1 (Ex. 22), 257-1 (Ex. 24), 258, 258-1 (Ex. 1), 258-1 (Ex. 2), 258-1 (Ex. 8), 258-1 (Ex. 10),

258-1 (Ex. 11), 258-1 (Ex. 12), 258-1 (Ex. 13), 258-1 (Ex. 14), 258-1 (Ex. 15), 258-1 (Ex. 16), 258-1 (Ex. 17), 258-1 (Ex. 18), 258-1 (Ex. 21), 258-1 (Ex. 26), 258-1 (Ex. 27), 258-1 (Ex. 30), 258-1 (Ex. 32), 258-1 (Ex. 34), 258-1 (Ex. 38), 259, 259-1 (Ex. 3), 259-1 (Ex. 10), 259-1 (Ex. 11), 259-1 (Ex. 14), 259-1 (Ex. 15), 259-1 (Ex. 19), 259-1 (Ex. 26), 259-1 (Ex. 28), 259-1 (Ex. 29), 259-1 (Ex. 34), 260, 267, 268, 268-1, 268-2 (Ex. E), 268-3;

e. Upon review and approval by the Court, the Clerk of Court shall **UNSEAL** the Redacted Media/Video Exhibits and Redacted Paper Exhibits; and

f. The Clerk of Court is directed to **UNSEAL** the following documents: Dkt. Nos. 251, 251-10, 251-11, 251-12, 251-13, 251-14, 251-15, 251-21, 251-25, 251-28, 251-29, 251-30, 251-32, 251-37, 251-38, 251-39, 251-41, 251-42, 251-47, 251-48, 251-49, 251-51, 251-52, 251-56, 251-57, 251-58, 251-59, 251-60, 251-61, 251-63, 251-64, 251-65, 251-67, 251-68, 251-69, 251-70, 251-71, 251-72, 251-73, 251-74, 251 (Ex. 67), 251 (Ex. 68), 254 (Ex. 1), 254 (Ex. 4), 254 (Ex. 5), 254 (Ex. 6), 254 (Ex. 7), 254 (Ex. 8), 254 (Ex. 9), 254 (Ex. 17), 254 (Ex. 18), 254-1 (Ex. 25), 254-1 (Ex. 30), 254-1 (Ex. 31), 254-1 (Ex. 39), 254-2 (Ex. 49), 254-2 (Ex. 50), 2543 (Ex. 55), 254-3 (Ex. 56), 254-3 (Ex. 57), 254-3 (Ex. 58), 254-3 (Ex. 59), 254-3 (Ex. 60), 254-3 (Ex. 61), 254-3 (Ex. 62), 254-3 (Ex. 63), 254-3 (Ex. 64), 254-3 (Ex. 65), 254-3 (Ex. 66), 254-3 (Ex. 67), 254-4 (Ex. 68, pp. 1-60), 254-5 (Ex. 68, pp. 61115), 254-6 (Ex. 68, pp. 115-164), 254-7 (Ex. 68, pp. 165-208), 254-8 (Ex. 69), 254-8 (Ex. 70), 254-8 (Ex. 71), 254-8 (Ex. 72), 254-9 (Ex. 74), 254-9 (Ex. 75), 2549 (Ex. 76), 254-9 (Ex. 77), 254-9 (Ex. 78), , 257-1 (Ex. 3), 257-1 (Ex. 6), 257-1 (Ex. 7), 257-1 (Ex. 8), 257-1 (Ex. 10), 257-1 (Ex. 14), 257-1 (Ex. 20), 257-1 (Ex. 21), 257-1 (Ex. 23), 257-1 (Ex. 25), 257-1 (Ex. 26), 258-1 (Ex. 3), 258-1 (Ex. 4), 258-1 (Ex. 5), 258-1 (Ex. 6), 258-1 (Ex. 7),

258-1 (Ex. 9), 258-1 (Ex. 19), 258-1 (Ex. 20), 258-1 (Ex. 23), 258-1 (Ex. 24), 258-1 (Ex. 25), 258-1 (Ex. 28), 258-1 (Ex. 29), 2581 (Ex. 31), 258-1 (Ex. 33), 258-1 (Ex. 35), 258-1 (Ex. 36), 258-1 (Ex. 37), 258-1 (Ex. 39), 259-1 (Ex. 1), 259-1 (Ex. 2), 259-1 (Ex. 4), 259-1 (Ex. 5), 259-1 (Ex. 6), 259-1 (Ex. 7), 259-1 (Ex. 8), 259-1 (Ex. 9), 259-1 (Ex. 12), 259-1 (Ex. 13), 259-1 (Ex. 16), 259-1 (Ex. 17), 259-1 (Ex. 18), 259-1 (Ex. 22), 259-1 (Ex. 20), 259-1 (Ex. 21), 259-1 (Ex. 23), 259-1 (Ex. 24), 259-1 (Ex. 25), 259-1 (Ex. 27), 259-1 (Ex. 30), 259-1 (Ex. 31), 259-1 (Ex. 32), 259-1 (Ex. 33), 259-1 (Ex. 35), 259-1 (Ex. 36), 270.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge