**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY V. MANCO,<br>Plaintiff,<br><br>v.<br><br>ST. JOSEPH'S UNIVERSITY, et al.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 5:22-cv-00285-JLS |

**ORDER**

**AND NOW**, this 1st day of October 2026, it is hereby **ORDERED** that oral argument shall be held on the pending motions for summary judgment, Dkt. Nos. 251, 252, 253, on **Thursday, November 5, 2026, at 10:00 AM** in the courtroom on the fifth floor of The Gateway Building, 201 Penn Street Reading, PA 19601.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge