**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY V. MANCO Ph.D., Plaintiff, v. ST. JOSEPH'S UNIVERSITY, et al., Defendants. | : | CASE NO. 5:22-cv-00285-JLS |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Jessica A. Rickabaugh, Esquire on behalf of Defendants, Saint Joseph's University (incorrectly identified as "St. Joseph's University") and Dr. Cheryl McConnell, in the above-referenced matter.

Respectfully submitted,

**TUCKER LAW GROUP, LLC**

Dated: November 13, 2026

/s/ Jessica A. Rickabaugh

Jessica A. Rickabaugh, Esquire
Pennsylvania Horticultural
Society Building
100 N. 20th Street, Suite 301
Philadelphia, PA 19103
(215) 875-0609

***Counsel for Defendants, Saint Joseph's University and Dr. Cheryl McConnell***

**CERTIFICATE OF SERVICE**

I, Jessica A. Rickabaugh, Esquire, hereby certify that I caused to be served a true and correct copy of the foregoing document to all counsel of record via the Court's electronic filing system.

**TUCKER LAW GROUP, LLC**

Dated: November 13, 2026

/s/ Jessica A. Rickabaugh ____
Jessica A. Rickabaugh, Esquire